# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-mj-103** |
| | : | |
| **v.** | : | |
| | : | |
| **ALEX KIRK HARKRIDER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF APPEARANCE

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant U.S. Attorney Brittany Keil is entering his appearance as counsel for the United States.

Respectfully submitted,

Michael R. Sherwin
Acting United States Attorney
N.Y. Bar No. 4444188

By:    \_\_\_/s/ Brittany Keil_____
Brittany Keil
Assistant United States Attorney
D.C. Bar No. 500054
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7763
brittany.keil@usdoj.gov