IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-117 (KBJ) |
| | ) | |
| | ) | |
| ALEX KIRK HARKRIDER | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as court appointed counsel for Mr. Alex Kirk Harkrider in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com


CERTIFICATE OF SERVICE

I hereby certify on the 23rd day of March, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West