# EXHIBIT 2