To whom it may concern:

    Hello, My name is Kavin Ballard. I served with Alex Harkrider in Lima company 3rd Battalion 9th Marines from 2008 to 2010. I know Alex unlike many others. He is my brother not my blood or creed but by choice. I know he is not only compassionate for the needs of our country but passionate about it. He only wants what's best for our great country, like many others and he's shown it in ways not many of our countries citizens have. He not only joined the Marine Corps but he joined in a time of war and even beyond that he joined the infantry. He put his life not indirectly, but DIRECTLY on the line to make sure that we have the rights that we enjoy today. At this time our country is at unrest and Alex being the passionate person that he is felt like he had to stand up, just like he has in the past. I don't know exactly what he's accused of, but what I do know is that Alex is pure of heart and intention. He is a person that in a time of need, I'd want by my side. This man, is and will forever be one of the best people I know.

    Thank you for your time.
    Sergeant Kavin D Ballard II
    United States Marine Corps.            (Medically Retired)