AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ALEX KIRK HARKRIDER<br><br>*Defendant* | )<br>)<br>)  Case No. CR 21-117<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALEX KIRK HARKRIDER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752 (a), 1752(b)(1)(A) - Conspiracy and Unlawful Entry with Dangerous Weapon
40 U.S.C. §§ 5104(e)(2), 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds
18 U.S.C. § 2(a) - Aiding and Abetting

Date: 01/17/2021

*Issuing officer's signature*

City and state: WASHINGTON, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/17/2021, and the person was arrested on *(date)* 1/18/2021
at *(city and state)* CARTHAGE, TEXAS

Date: 1/19/2021

*Arresting officer's signature*

SPECIAL AGENT NEAL WILLIAMS, FBI
*Printed name and title*