IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                         ) | CRIMINAL NO. 21-CR-117(KBJ) |
| ) | |
| ) | |
| ALEX HARKRIDER                           ) | |

**NOTICE OF FILING**

The Defendant, Alex Harkrider, by his counsel, Kira Anne West, hereby files this notice of filing 3 additional letters to be added to exhibit 5 to his motion for modification of bond.

Respectfully submitted,

KIRA ANNE WEST

By:        /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 2nd day of April, 2021 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West