March 22, 2012

To Whom It May Concern,

This letter is my personal character reference for Alex Harkrider. I have been a close friend of Alex's for 5 years. I've found that he consistently exceeds expectations in his interpersonal skills, problem solving abilities and work ethic.

Alex has always been able to lend a helping hand in his Rescue the Universe. You see he is a Storm Chaser always willing to go way beyond what is expected of him. Alex has a huge heart and would just help anyone out if needed.

I hope these examples show what a great guy he is. He is always a Marine at heart.

Please feel free to contact me directly at 903-237-8844 if you have any questions or need further information about my friend Alex's achievements.

Sincerely,


Bobbie Sue Tannehill
Fairplay Nursery