To Whom It May Concern:

My name is Trudy Craig and I'm Alex Harkrider's aunt. I've had the privilege and honor of knowing Alex his whole life.

From the time Alex was a child, his sense of humor and love for others were already apparent in his life. He could smooth over any bad situation with his laughter and make anyone that was being left out feel accepted and included in whatever activity was taking place.

Alex has always been comfortable with any person, in any situation, because he sees everyone the same. His love for mankind is truly unbiased and an example to us all.

Alex is the go to person for his friends and family too. He has an open door policy for anyone needing a place to stay or a meal to eat. He never asks anything in return and leaves himself open to being taken advantage of from time to time. That doesn't deter him from doing what he believes he should be doing though. There are many, many people who love Alex because of this love and acceptance and will be his friend and by his side for his lifetime.

Alex has the heart of a servant and the pride of an American.

This love of country and willingness to serve is why he enlisted in the Marines for 4 years and proudly served his country with tours in Afghanistan and Iraq.

This was a difficult time for Alex and he was left with PTSD and has had to learn how to live with the devastating consequences of his experiences over there.

Through it all Alex never lost his sense of caring for others, If anything it became stronger and led Alex to join Rescue the Universe where he could have hands on experience in caring for others in many different ways after disasters. He did high water rescues, cleaned up debris, repaired damage to houses, and handed out water . More importantly, on one occasion  he helped rescue the elderly from an abandoned nursing home in Louisiana when they thought all was lost.

Alex has many future plans and they all involve service to others. From working with disabled vets, vets with PTSD, and veteran's families to camping with underprivileged children and volunteer fire fighting. There is no limit to his compassion and love for others.

Whatever Alex does, he puts his whole heart into accomplishing something for the better. He is an inspiration to me and many others and I'm looking forward to seeing him about the business of caring and giving once again.