**FROM THE DESK OF JOHN H. ANDERSON JR., ESQUIRE**

March 24, 2021

The Honorable Judge Ketanji Brown Jackson
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Re:   United States v. Alex Kirk Harkrider
      1:21-cr-00117-KBJ-2

Dear Judge Jackson,

I hope that this letter finds you and your team doing well. My name is John Howard Anderson, Jr. and I am a licensed attorney in Maryland. The purpose of this letter is to provide this Honorable Court with a character reference and to show my support for the Defendant, Alex Kirk Harkrider.

Alex and I met in 2009 while we were both active-duty infantry with 3rd Battalion, 9th Marine Regiment, Lima Company in the United States Marine Corps. We served together until I left active duty in 2012. Though we were in different platoons within Lima Company, we shared a barracks complex and completed multiple training and real-life combat operations together. Between these close quarter living situations and joint platoon operations, Alex and I not only built a valued friendship with each other, but a bond between brothers.

In the time that I served with Alex, I knew him to be fiercely loyal, exhibit immeasurable selflessness, and at all times have a joke or two to cheer you up if you were feeling down. He was the type of Marine who you could depend on if there was ever a time that you needed help, even if that meant he had to give you the shirt from his own back. At times, I would turn to Alex for my own consoling as we were both from Texas and had similar values. In those times, I could always trust Alex to lift my spirits and provide sound advice.

In my experience, he followed orders without hesitation. When I was promoted to Corporal and Alex remained a Lance Corporal, I would often have the role of Non-Commissioned Officer barracks duty officer. I could always count on Alex to make sure the Marines in his team remained behaved and out of trouble while at the barracks or out in town. It is because of this that I have always admired his ability to maintain his professionalism while also bonding with the Marines around him.

While in Afghanistan, Alex continued to exhibit his exemplary character through the care he took of not only his Marines, but of the local villagers that we encountered while carrying out joint-platoon operations. In a country where death was imminent, not once did I see Alex exhibit

malicious or homicidal behavior, outside of the necessary actions to defend oneself while being shot at. His mental fortitude and calm demeanor continued to impress me throughout our deployment. When we would come across children who had been recently beaten and raped, or entire families decapitated, and other injustices that we had to witness on a regular basis that would get to some of us, Alex only remained steadfast in his conviction to help these people who were complete strangers.

Since leaving active duty, I have maintained contact with Alex. He has continued to lead a life of loyalty and selflessness through his newfound responsibilities as a parent and through his hurricane rescue actions with the organization "Rescue the Universe." Furthermore, in the 12 years of serving with, knowing, and maintaining communication with Alex, he has never exhibited any suicidal or homicidal behavior. At no time would I ever consider Alex to be a danger to himself or society.

Admittedly, I am surprised by the events that took place in January of this year. However, Alex remains a brother and I continue to believe in the good character that I have seen him exhibit for over a decade. He has continued to show me the values that we all swore to uphold of honor, courage, and commitment. Alex is a good man, a loving father, and an irreplaceable brother.

Thank you, Your Honor, for taking the time to read this letter as you consider the type of man that Alex Kirk Harkrider truly is. I am ready to offer further support to Alex as he may require, including appearing in court.

Very truly yours,

John H. Anderson, Jr.