

# THE MCBRIDE LAW FIRM, PLLC

**JOSEPH D. MCBRIDE, ESQ.**
*Attorney and Counselor at Law*
99 PARK AVENUE, 6TH FLOOR
NEW YORK, NY 10016

October 1, 2021

**Via Email**
Luke M. Jones
Assistant United States Attorney
555 Fourth St. N.W.
Washington, D.C. 20530
Luke.Jones@usdoj.gov

      Re:    **Rule 16 Discovery Request**
               *United States v. Ryan Nichols and Alex Harkrider,* Case No. 21-cr-117

Dear AUSA Jones,

      As a follow-up to our recent phone call concerning our need for additional discovery, you asked that I put the forthcoming in writing. Therefore, and pursuant to the Government's discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure, the Jencks Act, Federal Rule of Evidence 404(b), Title 9 of the Justice Manual, and the Brady/Giglo line of cases, we make the following four (4) discovery requests:

    (1) The turning over of all the closed-captioned video footage from the Western Terrace of United States Capitol from 1:30 PM – 6:30 PM Est. on January 6, 2021;
    (2) The turning over of the closed-captioned video footage from a specific camera labeled in previous discovery dumps as "0074 USCH BA Lower W Terrace Door Exterior 2021-01-06" or any camera that can reasonably be identified by this marking information, from 1:30 PM – 6:30 PM Est. on January 6, 2021;
    (3) Body camera footage from D.C. Metropolitan Police Officer Michael Fanone, Badge Number 3603; and
    (4) Body camera footage from D.C. Metropolitan Police Officer Lila Morris, Badge Number 5869.

1

The above-mentioned requests are made by this office in good faith. We believe that each one of these requests contains a combination of relevant, exculpatory, and highly probative evidence necessary to mounting a meaningful defense, including establishing a recognized affirmative defense to at least one of the charges in this case.

While recognizing that the aforementioned requests require coordination between your office and members of the prosecution team, such as the Federal Bureau of Investigation, the United States Capitol Police, and the D.C. Metropolitan Police, we respectfully ask that these requests be fulfilled as soon as possible, especially given the fact that Mr. Nichols remains detained pretrial at this time.

Thank you for your time and attention to this matter. I can be reached by phone or text at (917) 757-9537, or email at jmcbride@mcbridelawnyc.com.

Respectfully submitted,

𝕵𝖔𝖘𝖊𝖕𝖍 𝕯. 𝕸𝖈𝕭𝖗𝖎𝖉𝖊, 𝕰𝖘𝖖. /s/
_____
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue
6th Floor
New York, NY 10016
p: (917) 757-9537