IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-21-CR-117 (TFH) |
| ALEX HARKRIDER | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE TO THE COURT**

The Defendant, Alex Harkrider, by and through his counsel, Kira Anne West, hereby files this notice to the Court and states the following:

On December 1st, 2021, this Honorable Court ordered the parties to state any response with regard to the Press Coalition's Application for Access to Video Exhibits. *See* Minute Order of 12/1/21. Undersigned counsel contacted both AUSA's to ascertain their position. My understanding is that a position has not been determined by the Government. As far as Mr. Harkrider is concerned, he has no opposition to the release of any video exhibits.

Respectfully submitted,

_____/s/_____
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
 (202) 236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

      I swear that on December 13th,h 2021 a copy of this notice was filed via the ECF and rules of this Court.

_____/s/_____<br>
Kira A. West