UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
| Defendant. : | |

## ORDER

Pending before the Court is the unopposed motion to temporarily modify conditions of release by the defendant to allow him to volunteer in Kentucky due to destruction caused by the tornado December 10th and 11th, 2021.   Finding the motion meritorious, it is

**ORDERED** that the motion to temporarily modify conditions of release is GRANTED/DENIED.

Signed this _____ day of _____, 2021.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE