UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
| Defendant.   : | |

## ORDER

Pending before the Court is the motion of defendant Harkrider to move the pretrial motions date to a date after June 14, 2022. Because the motion is meritorious and unopposed, it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022,

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE