IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-177 (CRC) |
| | ) | |
| | ) | |
| DANIEL D. EGTVEDT. | ) | |

**MOTION FOR TEMPORARY MODIFICATION OF PRETRIAL RELEASE CONDITIONS**

COMES NOW Kira Anne West, counsel for Mr. Daniel D. Egtvedt in the above captioned case, and asks this Honorable Court to order a temporary modification in pretrial release conditions and in support states the following:

As this Court knows, Mr. Egtvedt is charged with numerous counts, both misdemeanors and felonies, in the January 6, 2021, riot at the Capitol. This case is set for trial June 6, 2022.

Mr. Egtvedt respectfully requests that this Court order pretrial services to allow him to meet with undersigned counsel to review discovery at a law firm March 16 and March 17, 2022 in Fairfax, Virginia. This would require the defendant to spend the night at a hotel in Fairfax, Virginia. Undersigned counsel contacted Pretrial Officer Jeremy Beck who does not oppose this motion, but requires a court order for Mr. Egtvedt to spend the night in a hotel in Fairfax. The Court may remember that Mr. Egtvedt lives in Garrett County, Maryland and the drive to meet with his attorney in Fairfax, Virginia, at a law firm is at least a 3 hour drive. Therefore, defendant files this request.

Respectfully submitted,

KIRA ANNE WEST

By:     /s/

Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 14th day of March, 2022 a copy of same was delivered to the parties of record, by ECF pursuant to the rules of the Clerk of Court.

/S/
Kira Anne West