UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-CR-177 |
| : | |
| DANIEL DEAN EGTVEDT, : | |
| DEFENDANT. : | |

## ORDER

Pending before the Court is the defendant's motion to temporarily modify the pretrial release condition to allow him to travel to Fairfax, Virginia overnight to meet with his lawyer on March 16, 2022. The motion having merit, the motion is GRANTED. It is therefore ORDERED, that Mr. Egtvedt is allowed to travel overnight to Fairfax, Virginia on March 16, 2022 and to return March 17, 2022.

SO ORDERED.

Signed this _____ day of _____, 2022.

_____
CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE