UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.    : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
| Defendant.   : | |

## ORDER

Pending before the Court is the unopposed motion of defendant Harkrider to travel to the VA hospital outside the Eastern District of Texas. Because the motion is meritorious and unopposed, it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE