IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS (01)<br>ALEX KIRK HARKRIDER (02) | No. 1:21-cr-117 (TFH) |

## NOTICE OF APPEARANCE AS LEAD COUNSEL

Douglas B. Brasher, Assistant United States Attorney, enters his appearance as lead counsel for the United States of America in this case. The United States requests that all notices relating to this case be sent to the undersigned.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      UNITED STATES ATTORNEY

                                      */s/ Douglas B. Brasher*
                                      Douglas B. Brasher
                                      Assistant United States Attorney
                                      Texas State Bar No. 24077601
                                      U.S. Attorney's Office, District of Columbia
                                      555 4th Street, NW
                                      Washington, D.C. 20530
                                      Telephone:  214-659-8604
                                      douglas.brasher@usdoj.gov