IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA   : | |
| :                                                   | |
| v.                                              : | CRIMINAL NO. 21-CR-117 (TFH) |
| :                                                   | |
| :                                                   | |
| ALEX HARKRIDER                  : | |

**DEFENDANT'S MOTION TO TEMPORARILY MODIFY BOND CONDITIONS TO ALLOW VOLUNTEER WORK AND TRAVEL WITHIN A 300 MILE RADIUS**

Mr. Alex Harkrider, through his attorney, Kira Anne West, respectfully requests that this Honorable Court temporarily modify his conditions of release to allow him to volunteer his time within a 300 mile radius of his home due to the potential for tornados in these areas and his specialized skills in rescue and storm volunteer work. Specifically, Mr. Harkrider asks the Court to allow him to volunteer with relief efforts within the defined radius as the Spring and Summer seasons present a high risk for severe storms in this area and the ability to move quickly after a disaster can impact the effectiveness of the relief and possibly save lives. As the Court is aware, before his arrest in this case, Mr. Harkrider was a volunteer with Rescue the Universe. Rescue the Universe is a 501(c)(3) volunteer disaster relief non-profit organization. The organization was founded in 2019 and had thousands of Facebook followers. Mr. Harkrider will be supervised on any

1

rescue missions he participates in this year as has been the case in the past. All of Mr. Harkrider's previous volunteer efforts have been an incredible help to communities that are torn apart by storms.  Additionally, Mr. Harkrider's son is participating in the State Ensemble Competition in Austin, Texas on May 28-30, 2022 and he respectfully requests the ability to travel there to accompany his son.1

Argument

    Mr. Harkrider has a long history of volunteerism.  This Court graciously allowed Mr. Harkrider to volunteer  three times during Hurricane Ida, which he did for nearly six weeks total. He saved multiple individuals from flood waters.  His relief efforts also  included route clearance and removing fallen trees from houses with chainsaws, delivering food, fuel and generators to people who could not take care of themselves.   He also set up, organized  and maintained a distribution center. His help was a huge success and a wonderful gift to the citizens of Louisiana.  It allowed Mr. Harkrider to do something meaningful which was a gift to him. He would do similar work in within the 300 mile radius requested and could be able to move in immediately where needed if the court were to grant this motion.

---

1 Undersigned counsel will be preparing for trial and in trial during the month of June and therefore is filing this motion now in the event June becomes unmanageable timewise.

Undersigned counsel contacted pretrial services on May 16, 2022, who advised that Mr. Harkrider has been compliant and has no opposition to this motion. Undersigned counsel has also contacted AUSA's assigned to this case and have heard nothing back but in the past they indicated that the United States defers to Pretrial Services. As presented in previous motions to modify, Mr. Harkrider can continue to be supervised by telephone contacts, email, text and any other condition this Court deems appropriate. Additionally, the counselor that Mr. Harkrider was ordered to see has granted him full release since February, 2022.

Conclusion

Mr. Harkrider can effectively be monitored by Pretrial Services for this volunteer effort. There is no threat to the community posed by Mr. Harkrider which is evidenced by his cooperation with law enforcement authorities and perfect record of compliance and volunteerism since his release. The combination of conditions currently in place would assure this Court of the safety of the community and his presence at trial.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523

712 H Street N.E., Unit 509  
Washington, D.C. 20002  
Phone: 202-236-2042  
kiraannewest@gmail.com  
Attorney for Mr. Harkrider

## CERTIFICATE OF SERVICE

I hereby certify on the 16th day of May, 2022, a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/

Kira Anne West