UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
| Defendant. : | |

## ORDER

Pending before the Court is the unopposed motion to temporarily modify conditions of release by the defendant to allow him to volunteer and travel within a 300 mile radius of his home.. Finding the motion is meritorious, it is

**ORDERED** that the motion to temporarily modify conditions of release is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE