IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-117 (TFH) |
| ALEX KIRK HARKRIDER (02) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT HARKRIDER'S
MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

The government is not opposed to defendant Harkrider's motion to modify his conditions of pretrial release so as to permit him to travel within a 300-mile radius of his home in Carthage, Texas, for volunteer storm relief efforts. However, the government respectfully requests that Mr. Harkrider's conditions of release require him to notify his supervising Pretrial Services Officer prior to any storm-related travel, and that his travel outside the Eastern District of Texas continue to be restricted for all other purposes, absent prior approval of the Court.

The government is not opposed to Mr. Harkrider's request to travel to Austin, Texas, from May 28 to May 30, 2022, to attend a music competition with his son.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov