# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. **21-CR-117** |
| : | |
| **RYAN NICHOLS et al.,** : | |
| : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Luke M. Jones as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: */s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov