# EXHIBITS A,B,C