# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-117(TFH)** |
| : | |
| **ALEX HARKRIDER,** : | |
|     **Defendant.** : | |

## ORDER

Pending before the Court is the motion of defendant Harkrider to dismiss count two of the indictment.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE