UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL ACTION NO. |
| | ) | |
| **Plaintiff,** | ) | 1:21-CR-117   (TFH) |
| | ) | |
| v. | ) | |
| | ) | |
| **Alex Kirk Harkrider** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S MOTION TO COMPEL ACCESS TO NON-PUBLIC AREAS OF THE CAPITOL**

Defendant Alex Harkrider, by and through undersigned counsel, requests that the government be compelled to allow his defense counsel access to several non-public areas of the Capitol building in order to inspect, photograph and videotape these areas for preparation in his defense. These areas are not available to the public and have not been made available to counsel for photographs on the prior tours of the Capitol designed for defense counsel.

In support of this motion the defendant asserts the following:

1

1. On August 4, 2021 the government was emailed a discovery letter by defense counsel specifically requesting the ability to inspect and photograph tangible objects and buildings or places that are within the possession, control or custody of the government pursuant to Fed. R. Crim. P 16(a)(1)(C). Ex. 1, Defense Discovery letter of 8/4/2021.

2. In preparation for this and other cases, undersigned counsel participated in two government provided tours of the Capitol complex.

3. The government's "Viewing letter" accompanying the invitation for the these tours state that "[t]he public/non-public areas are identified on the attached list. Photos are only allowed in the public areas. Any person who takes photos in the non-public areas will be asked to leave the tour and be banned from further tours." Ex. 2, Capitol Tour Viewing letter with attachments.

4. According to the instructions about the tour, the officers leading the walkthroughs "are not there to answer specific questions about your cases but can answer general questions." Ex. 3, email from Emily Miller, April 27, 2022.

5. Mr. Harkrider is charged in an eleven count superseding indictment with various charges including Theft of Government Property, in violation of Title 18, United States Code, Section 641. (ECF 59).

6. The item he is accused of stealing is a table leg presumably taken from someplace within the Capitol. *Id*.

7. Mr. Harkrider is also charged with Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon, in violation of Title 18, United States Code, Section 1752(a)(1). The only time Mr. Harkrider is accused of being "inside" the Capitol is when he is alleged to have climbed through a window and entered a room inside the Capitol designated as "St2m."

8. Defendant Harkrider is also alleged to have been on the Capitol grounds, the steps of the West Terrace, and in the West Terrace Tunnel.

9. Despite being charged with obstructing an official proceeding of Congress, Mr. Harkrider did not enter either the House or the Senate chamber that day or any interior hallway of the Capitol.

10. Undersigned counsel has attended two prior tours of the Capitol. It was specifically asked of the walkthrough officer guide on those tours what room was the room visible in the below picture (Figure 1). She was informed it is a room called "St2m" and that the tour would not go there and that no pictures could be taken even of the outside of that window.

Figure 1



11. Undersigned counsel has requested the government to provide access to, and the ability to photograph and measure this window area, both the exterior and interior portions of this area, and the pathway to that area allegedly taken by Mr. Harkrider that day.

12. The AUSA in this case has stated that access has not been made available even to the government prosecution team and that he has stated that access has not been made available even to the government prosecution team and he opposes this motion. However, AUSA Brasher has submitted a specific request in this regard and is waiting for a formal response from his superiors.

13. It is material to Mr. Harkrider's defense that he be able to view and photograph the actual space he is accused of entering and remaining as well as photograph and record the furnishings in that room that he is accused of stealing or otherwise removing a leg from.

14. Additionally, it is material to Mr. Harkrider's defense to show that this room provided alternative pathways to interior spaces in the Capitol and that he made no attempt to gain access further into the building.

15. From the vantage point shown outside the window depicted in Figure 1, Mr. Harkrider had visibility over the crowd that day, including the events surrounding the death of a protestor named Rosanne Boyland. Without access to and the ability to document the angle at which he witnessed the crowed, Mr. Harkrider cannot demonstrate what he was able to witness and how much of the actual violence in the tunnel was obscured from his vantage point.

16. The West Terrace Tunnel was the scene of violence on January 6, 2021. That day a platform was in place for the inauguration and the tunnel was filled with protestors. When undersigned counsel was shown the tunnel during the previous tours, no photos or measurements were allowed in the tunnel. The CCV cameras recording the events in that tunnel that day make the space seem much wider than it is in person. But without the ability to enter the tunnel and measure it is not clear just how inaccurate the perception is on the videos. Figure 2 below is a typical screen shot of a CCV tunnel camera. The CCV video may create an inaccurate impression that when

filled with people there was enough room for individuals to move freely or exit easily if desired.

Figure 2.



17. It is material to Mr. Harkrider's defense that he be able to access and measure, photograph and record the relative size of that tunnel, including the depth of the tunnel, distance to the interior doors, the width and any handrails or obstacles that are there or may have been there on January 6th, 2021 in preparation for the inauguration event.

18. No tour that undersigned counsel has been given has allowed access to the "St2m" area at all.

19. No tour that undersigned counsel has been given has allowed measuring, videotaping or photographing of the exterior of the West Terrace, including the window leading to St2m, the tunnel or the doors at the end of the tunnel.

Respectfully Submitted,

By: Kira Anne West

\_\_\_\_/s/_____
Kira Anne West
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C.  20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Mr. Harkrider

Certificate of Service

I certify that a copy of the forgoing was filed electronically for all parties of record on this 18th day of July, 2022.

\_\_\_\_/s/_____
Kira Anne West
Attorney for Mr. Harkrider