UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
|     Defendant. : | |

# ORDER

Pending before the Court is the motion of defendant Harkrider requesting that government agents retain their rough notes. The motion having merit, it is,

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE