UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case. No. 21-cr-117 (TFH) |
| | ) | |
| ALEX KIRK HARKRIDER | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO FILE CERTAIN PRETRIAL MOTIONS**

Defendant Alex Harkrider, through undersigned counsel, Kira Anne West, respectfully requests a two week extension of time in which to file the following pretrial motions: 1. Motions to suppress statements and evidence; 2. Motion in limine and 3. Notice of experts.

Undersigned counsel has spoken with AUSA Brasher who does not oppose this request. This request is made in good faith and will not cause unnecessary delay in the trial of this case.

Respectfully Submitted,

  /s/
Kira Anne West
DC Bar No. 993523
712 H. Street N.E., Unit 509
Washington, D.C. 20002
(202)-236-2042
kiraannewest@gmail.com
Attorney for Mr. Harkrider

<u>Certificate of Service</u>

I certify that a copy of the forgoing was filed electronically for all parties of record on this 18th day of July, 2022.

_____/s/_____
Kira Anne West
Attorney for Mr. Harkrider