UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
|     Defendant. : | |

### ORDER

Pending before the Court is the unopposed motion of defendant Harkrider for an extension of time to file certain pretrial motions. The motion being meritorious, it is

**ORDERED** that the motion is GRANTED and the noted pretrial motions shall be filed by August 8, 2022.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE