UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case. No. 21-cr-117 (TFH) |
| ) | |
| ALEX KIRK HARKRIDER ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF PUBLIC AUTHORITY DEFENSE

Defendant Alex Harkrider, through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of the alleged offenses.

Defendant submits that, on or about January 6, 2021, he was directed to engage in the conduct set forth in the indictment by Donald J. Trump and his various conspirators. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

                                              Respectfully Submitted,

                                              _____/s/_____
                                              Kira Anne West
                                              DC Bar No. 993523
                                              712 H. Street N.E., Unit 509
                                              Washington, D.C. 20002
                                              (202)-236-2042
                                              kiraannewest@gmail.com
                                              Attorney for Mr. Harkrider

<u>Certificate of Service</u>

I certify that a copy of the forgoing was filed electronically for all parties of record on this 18th day of July, 2022.

_____/s/_____
Kira Anne West
Attorney for Mr. Harkrider