UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RYAN TAYLOR NICHOLS,**<br><br>and<br><br>**ALEX KIRK HARKRIDER,**<br><br>                    Defendants. | **Criminal Action No. 21-cr-117 (TFH)** |

**ORDER EXCLUDING ARGUMENTS AND EVIDENCE
ABOUT ALLEGED LAW ENFORCMENT INACTION**

Before the Court is the government's motion *in limine* to preclude argument and evidence regarding alleged inaction by law enforcement.  Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion *in Limine* to Preclude Arguments and Evidence About Alleged Law Enforcement Inaction [ECF No. __] is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2022.

_____
THOMAS F. HOGAN
United States District Judge

Order Excluding Argument and Evidence
About Alleged Law Enforcement Inaction—Page 1