**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **Criminal Action No. 21-cr-117 (TFH)** |
| v. | |
| **RYAN TAYLOR NICHOLS,** | |
| **and** | |
| **ALEX KIRK HARKRIDER,** | |
| **Defendants.** | |

## ORDER EXCLUDING EVIDENCE OF SPECIFIC LOCATIONS OF U.S. CAPITOL POLICE SURVEILLANCE CAMERAS

Before the Court is the government's motion *in limine* pursuant to Rules 401, 403, and 611(b) of the Federal Rules of Evidence to preclude evidence regarding the specific position of U.S. Capitol Police surveillance cameras.  Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion *in Limine* Regarding Evidence of Specific Locations of U.S. Capitol Police Surveillance Cameras [ECF No. __] is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2022.


_____
THOMAS F. HOGAN
United States District Judge