IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

                                     :

    v.                         :          CRIMINAL NO. 21-CR-117 (TFH)

                                       :

                                     :

ALEX HARKRIDER         :

## DEFENDANT'S MOTION TO ALLOW  DEFENDANT TO TRAVEL TO MARINE REUNION IN FLORIDA

Mr. Alex Harkrider, through his attorney, Kira Anne West, respectfully

requests that this Honorable Court  allow Mr. Harkrider to

As the Court is aware,  Mr. Harkrider has been the picture of the perfect

pretrial detainee since this Court gave him his conditions of his release almost a

year ago. He has no infractions and has done his best to do everything the Court

has ordered.

Mr. Harkrider requests that he be allowed to travel to Florida for 4 days in

August to meet with Marines that he served with during his tour in Afghanistan.

Undersigned counsel contacted AUSA Brasher and he indicated that the

United States does oppose this request as they do not oppose volunteer work, but

do oppose social visits and vacations.   As presented in previous motions to

modify, Mr. Harkrider can continue to be supervised  by telephone contacts, email,

text and any other condition this Court deems appropriate.  In fact, Pretrial

Services in Texas and in D.C. do not oppose this request.

This is not a "vacation" but it could be termed a social visit in the sense that

Mr. Harkrider would appreciate being able to connect with his brothers in arms

with whom he selflessly served this great country of ours. Mr. Harkrider counts his

time serving this country as an obligation and privilege of citizenship.  The bonds

he formed with fellow Marines during this service continue to support him as he

continues to support them. As a society, we have fallen short in the support of our

military veterans. Mr. Harkrider wants to not only see his fellow marines for his

own wellbeing (the Court knows of Mr. Harkrider's past medical issues  and

trauma caused by his service), but to assure them that they are not left behind or

forgotten. This is a form of therapy not only for Mr. Harkrider, but his fellow

marines.

Conclusion

Mr. Harkrider can effectively be monitored by Pretrial Services when he

travels to and from Florida.  There is no threat to the community posed by Mr.

Harkrider which is evidenced by his  cooperation with law enforcement authorities

and perfect record of compliance since his release. The combination of conditions

currently in place  would assure this Court of the safety of the community and his

presence at trial.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____

Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  509
Washington, D.C.  20002
Phone:   202-236-2042
kiraannewest@gmail.com
Attorney for Mr.  Harkrider

## CERTIFICATE OF SERVICE

I hereby certify on the 21st day of July, 2022, a copy of same was delivered

to the parties of record, by ECF pursuant to the Covid standing order and the rules

of the Clerk of Court.

_____/S/_____

Kira Anne West