UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-117(TFH)** |
| : | |
| **ALEX HARKRIDER,** : | |
| **Defendant.** : | |

## ORDER

Pending before the Court is the motion of defendant Harkrider to travel to Florida in August, 2022, to meet with some of his fellow Marines. Because the motion is meritorious it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE