UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff. | : | |
| v. | : | Criminal No. 21-cr-117(TFH) |
| | : | |
| **ALEX HARKRIDER,** | : | |
| Defendant. | : | |

## ORDER

Pending before the Court is the motion to suppress evidence of defendant Harkrider.

Because the motion is meritorious, it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE