IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-117 (TFH) |
| ALEX KIRK HARKRIDER  (02) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S
## MOTION TO PRESERVE AGENT NOTES

The government is not opposed to defendant's request for law enforcement officers who investigated this case to preserve their rough notes and other writings.  (Dkt. 97.)  However, to the extent that the defendant's preservation request extends beyond this case to unspecified law enforcement agents who investigated an undefined set of "related cases," over which the defendant lacks standing to seek relief, the government is opposed.

The government has already produced raw interview notes related to this case in case specific discovery.  The government is also aware of, has complied with, and intends to continue to comply with its *Brady* and Jencks Act obligations.  Accordingly, the defendant's request should be denied as moot.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 */s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov