IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX KIRK HARKRIDER  (02) | No. 1:21-cr-117 (TFH) |

### SUPPLEMENT TO OPPOSITION TO MOTION TO SUPPRESS

The government submits the attached Exhibit 1, which was inadvertently omitted from the Government's Opposition to Defendant's Motion to Suppress Statements and Evidence, (ECF 140).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov

SARAH W. ROCHA
Trial Attorney
D.C. Bar No. 977497
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
Telephone:  202-330-1735
sarah.wilsonrocha@usdoj.gov

**Supplement to Opposition Motion to Suppress—Page 1**