UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-117(TFH)** |
| : | |
| **ALEX HARKRIDER,** : | |
| **Defendant.** : | |

## ORDER

Pending before the Court is the unopposed motion of defendant Harkrider to move the motion to suppress date to a date after September 1st, 2022. Because the motion is meritorious and unopposed, it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022,

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE