IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA       )
                                 )
      v.                         )        CRIMINAL NO. 21-CR-117 (TFH)
                                 )
                                 )
ALEX HARKRIDER             )

### NOTICE OF FILING

The Defendant, Alex Harkrider, by and through his counsel, Kira Anne West, hereby files this notice of filing to inform the Court of the status of ongoing discovery and witnesses for the motion to suppress evidence scheduled for September 8, 2022 at 9:30 a.m.

1.      Since the last hearing before this Court, the government has provided yet more videos of body warn camera of additional officers the morning of Mr. Harkrider's arrest. *See* Exhibit 1.

2.      Undersigned counsel is currently in trial in *United States v. Penn*, 2022 CF2 1954, in D.C. Superior Court and has been since August 29, 2022. Therefore, undersigned counsel conferred with AUSA Brasher about uploading these additional videos for the Court by today. He has agreed to do that. By Tuesday, September 6, undersigned counsel will know which videos will be marked as exhibits for the suppression hearing with the Court's permission.

3.      As far as witnesses for the motion to suppress, because the Court's previous order required all participants to appear in person, with the exception of undersigned counsel

1

and Mr. Harkrider, AUSA Brasher and undersigned counsel conferred about additional witnesses other than the witness that took the statement from Mr. Harkrider, TFO Mackey, who will appear in person.  With the Court's permission, two additional witnesses would like to appear via webex. These two witnesses are minor but essential facts witnesses. The parties have agreed that they may appear via video conference rather than fly from Texas. This would save precious government resources and time.

4.      This notice is simply to inform the Court that additional discovery has been produced since the last minute order of the Court and to inform the Court that the parties are working together to assure the Court that we are working together to make the hearing as seamless as possible.

Respectfully submitted,

KIRA ANNE WEST

By:      _____/s/_____

Kira Anne West
DC Bar No. 993523
712  H Street N.E., Unit  509
Washington, D.C.  20002
Phone:  202-236-2042
kiraannewest@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on the 1st day of September,  2022 a copy of same was delivered to the parties of record, by email  pursuant to the Covid standing order and the  rules of the Clerk of Court.

_____/S/_____

Kira Anne West