| Officer | Camera | Filename | View | Length |
|---|---|---|---|---|
| Donald Appleman | Camera 1 | Donald Appleman_20210118_06_01_WFC1-020883_Agency Assist_65054616-bwc | BWC | 32:29 |
| Donald Appleman | Camera 1 | Trooper Donald Appleman_20210118_06_00_C161871_Agency Assist_419844849-dash | Dash | 34:29 |
| Donald Appleman | Camera 3 | Trooper Donald Appleman_20210118_06_00_C161871_Agency Assist_419844849-cabin | Interior | 34:29 |
| Kaleb Bullock | Camera 1 | KALEB BULLOCK_20210118_06_01_WFC1-017830_Agency Assist_71842920-bwc | BWC | 1:10:48 |
| Kaleb Bullock | Camera 1 | TROOPER KALEB BULLOCK_20210118_06_00_F19-6392_Agency Assist_10953862-dash | Dash | 1:12:04 |
| Kaleb Bullock | Camera 3 | TROOPER KALEB BULLOCK_20210118_06_00_F19-6392_Agency Assist_10953862-cabin | Interior | 1:12:04 |
| Toby Clifton | Camera 1 | Toby Clifton_20210118_06_01_WFC1-058987_UNCATEGORIZED_114270943-bwc | BWC | 16:00 |
| Toby Clifton | Camera 1 | Trooper Toby Clifton_20210118_06_00_C17-2028_Agency Assist_57278788-dash | Dash | 23:29 |
| Andrew Mackey | | Harkrider, Alex Body X78053688 2021-01-18 071656 AMACKEY | BWC | 30:29 |
| Andrew Mackey | | Harkrider, Alex Body X78053688 2021-01-18 074658 AMACKEY | BWC | 18:02 |
| Andrew Mackey | | Stone, Richard Body X78053688 2021-01-18 063556 AMACKEY | BWC | 24:03 |
| | | | Total time: | 6.95 hours |