IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-642 (JDB) |
| ) | **UNDER SEAL AND EX PARTE** |
| ) | |
| DARRELL NEELY ) | |

## NOTICE OF FILING

The Defendant, DARREL NEELY, by his counsel, Kira Anne West, hereby files this notice of filing to inform the Court regarding approved travel & communication with the defendant in this case.

On September 2, 2022, undersigned counsel traveled to Greensboro, North Carolina to meet with Mr. Neely. Undersigned counsel spoke to Mr. Neely on the phone on September 2, 2022, and set up a place and time to meet. Mr. Neely was not at the meeting place when undersigned counsel arrived. After calling multiple times, and having the hotel clerk check his room to confirm that Mr. Neely was indeed staying at this hotel but was not in his hotel room, undersigned counsel left the hotel. This hotel was in an unsafe area of town. Approximately 30 minutes later, Mr. Neely called undersigned counsel but undersigned counsel was down the road and unable to return to Greensboro at that time. Undersigned counsel has tried to call Mr. Neely over the weekend and today with no luck. She will keep trying and keep the Court informed. Pretrial informs undersigned counsel that Mr. Neely is still a loss of contact and has not checked in.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 6th day of September, 2022 a copy of same was filed on ECF under seal and ex parte pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West