IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-117 (TFH) |
| ) | |
| ) | |
| ALEX HARKRIDER ) | |

**NOTICE OF FILING**

The Defendant, Alex Harkrider, by and through his counsel, Kira Anne West, hereby files this notice of filing to inform the Court of supplemental evidence to the motion to suppress previously filed.

1. Mr. Harkrider intends to introduce the entire audiotaped statement taken by TFO Mackey as the primary exhibit in this case as outlined in the motion to suppress statements.

2. As additional exhibits, the defense intends to offer short sections of one additional "dash cam" that was turned over to the defense on August 31, 2022. This is the dash cam of Officer Kaleb Bullock. The defense intends to play from minute 2:10 to 3:35.

3. In the event that a witness needs to be impeached with any other dash cam or body worn camera evidence, the defense will ask permission to supplement the record at that time if it becomes relevant.

4. The government has graciously agreed to play these recordings as they are appearing

1

before the Court in person.

                              Respectfully submitted,

                              KIRA ANNE WEST

By:        /s/
        Kira Anne West
        DC Bar No. 993523
        712 H Street N.E., Unit 509
        Washington, D.C. 20002
        Phone: 202-236-2042
        kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 6th day of September, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

                              /S/
                            Kira Anne West