UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | No. 1:21-cr-117-TFH |
|---|---|
| v. | |
| ALEX HARKRIDER (02) | |

**JOINT ADMITTED EXHIBIT LIST FOR SUPPRESSION HEARING**

| *Ex. No.* | |
|---|---|
| ***GOVERNMENT EXHIBITS*** | |
| Gov. 1 | ***Description***: Interior Dash Camera footage from Texas State Trooper Kaleb Bullock<br>***Filename***: TROOPER KALEB BULLOCK_20210118_06_00_F19-6392_Agency Assist_10953862-cabin.ts<br>***Timestamp(s)***: Entire recording |
| Gov. 2 | ***Description***: FBI Advice of Rights Form (filed as ECF 146-1)<br>***Filename***: 146-1.pdf |
| ***GOVERNMENT DEMONSTRATIVE EXHIBIT*** | |
| Gov. D3 | ***Description***: Unofficial Partial Transcript of Harkrider Interview<br>***Filename***: Harkrider Unofficial Partial Transcript.pdf |
| ***DEFENSE EXHIBITS*** | |
| Def. 1 | ***Description***: Audio Recording of Harkrider Interview made by FBI TFO Mackey<br>***Filename***:  266H-DL-3370270_0000022_1A0000015_0000001.MP3<br>***Timestamp(s)***: Entire recording |
| Def. 2 | ***Description***: Body Worn Camera footage from Texas State Trooper Kaleb Bullock<br>***Filename***: KALEB BULLOCK_20210118_06_01_WFC1-017830_Agency Assist_71842920-bwc.ts<br>***Timestamp(s)***:  55:56, 58:47, 1:09:28 |

**Joint Admitted Exhibit List for Suppression Hearing—Page 1**

| *Ex. No.* | |
|---|---|
| **Def. 3** | ***Description***: Exterior Dash Camera Footage from Texas State Trooper Toby Clifton<br>***Filename***: Trooper Toby Clifton_20210118_06_00_C17-2028_Agency Assist_57278788-dash.ts<br>***Timestamp(s)***: 3:13; 3:30 |
| **Def. 4** | ***Description***: Body Worn Camera footage from FBI TFO Mackey<br>***Filename***: Stone, Richard Body X78053688 2021-01-18 063556 AMACKEY.MP4<br>***Timestamp(s)***: 5:42 to 6:20 |
| **Def. 5** | ***Description***: 18 U.S.C. § 1001 FBI Warning Form<br>***Filename***: Harkrider 1001 Form.pdf |

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

 /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov

 /s/ Sarah W. Rocha
SARAH W. ROCHA
Trial Attorney
D.C. Bar No. 977497
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
Telephone:  202-330-1735
sarah.wilsonrocha@usdoj.gov

 /s/ Kira Anne West
KIRA ANNE WEST
DC Bar No. 993523
712 H Street, N.E., Unite 509
Washington, D.C. 20002
Telephone:  202-236-2042
kiraannewest@gmail.com

*Attorney for Alex Harkrider*

**Joint Admitted Exhibit List for Suppression Hearing—Page 2**