IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 21-CR-117 (TFH) |
| ) | |
| ) | |
| ALEX HARKRIDER ) | |

**MOTION TO JOIN CO-DEFENDANT'S SUPPLEMENT TO HARKRIDER'S MOTION TO CHANGE VENUE**

The Defendant, Alex Harkrider, by his counsel, Kira Anne West, hereby moves to join co-defendant Nichol's supplement to motion to transfer venue, ECF No. 157.

Respectfully submitted,

KIRA ANNE WEST

By:         /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 19th day of September, 2022 a copy of same was delivered to the parties of record, by ECF pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West