UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.    : | **Criminal No. 21-cr-117(TFH)** |
| : | |
| **ALEX HARKRIDER,** : | |
| Defendant.    : | |

## ORDER

Pending before the Court is the motion of defendant Harkrider to join co-defendant Nichols's supplement to motion to change venue, ECF No. 157. Because the motion is meritorious, it is hereby

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE