UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
| Defendant. : | |

### ORDER

Pending before the Court is the unopposed motion to temporarily modify conditions of release by the defendant to allow him to volunteer in the Tampa, Florida area due to destruction of Hurricane Ian.   Finding the motion is meritorious, it is

**ORDERED** that the motion to temporarily modify conditions of release is GRANTED/DENIED. Mr. Harkrider may volunteer for a two week period beginning September 29, 2022.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE