# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **ALEX KIRK HARKRIDER,** <br><br>　　　　　**Defendant.** | Criminal Action No.  21-00117-2 (TFH) |

## ORDER

In accordance with the CJA eVoucher issued by the Court on August 18, 2021, defense counsel Kira Anne West has been authorized to retain Nicole Cubbage to perform paralegal services in this case.  The Court finds that it is appropriate for Ms. Cubbage to continue to perform paralegal services in this case through the conclusion of the trial

　　**SO ORDERED.**

Dated: January 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS F. HOGAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge