# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-117(RCL)** |
| : | |
| **ALEX HARKRIDER,** : | |
|       **Defendant.** : | |

## ORDER

Pending before the Court is the unopposed motion of defendant Harkrider seeking payment and accommodation by the U.S. Marshal of his travel expenses to Washington, D.C. so he can attend his trial that starts on March 27, 2023. Finding the motion is meritorious, it is

**ORDERED** that the motion for payment of travel expenses is **GRANTED.** The United States Marshal must arrange and pay for travel for Mr. Harkrider from Texas to Washington, D.C. for defendant Harkrider's trial that begins on March 27, 2023.

**IT IS SO ORDERED.**

Date:   March _____ , 2023.

_____
Royce C. Lamberth
United States District Judge