IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-117 (RCL) |
| | : | |
| | : | |
| ALEX HARKRIDER | : | |

### Notice of Intent to Introduce Expert Evidence

COMES NOW Defendant Alex Harkrider by his counsel, Kira Anne West, and hereby files this notice of intent to introduce expert witness testimony relating to use of force, security protocols and crowd control techniques used by law enforcement, specifically The Metropolitan Police Department and The United States Capitol Police, on January 6, 2021.  This notice is filed pursuant to Fed. Crim. P. 16 (b)(1)(C).  A curriculum vitae of the proposed expert was sent to the government via email on March 7, 2023.

Respectfully submitted,

/s/
Kira Anne West
DC Bar No. 9993523
712 H. Street N.E., Unit 509
Washington, D.C.  20002
202-236-2042
kiraannewest@gmail.com
Attorney for Alex Harkrider

1

<u>Certificate of Service</u>

I certify that a copy of the forgoing was filed electronically for all parties of record on this 7th day of March, 2023.

/s/
Kira Anne West
Attorney for Alex Harkrider