IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **RYAN TAYLOR NICHOLS,** <br><br> Defendant | Case No. 21-cr-00117-TFH-1 |

**DEFENDANT RYAN NICHOLS' MOTION FOR ENLARGEMENT OF MAXIMUM PAGE LENGTH FOR FILING OF HIS REPLY ON HIS [Renewed] MOTION FOR CONTINUANCE OF TRIAL AND REMOVAL OF THE PROTECTIVE ORDER & INCLUDED MEMORANDUM OF LAW**

Defendant RYAN TAYLOR NICHOLS ("Nichols"), by and through the undersigned counsels, Joseph McBride Esq. and Bradford L. Geyer, Esq., hereby requests that the Court grant leave for Defendant Nichols to exceed the page limit which counsel believes local rules imposes for criminal motion replies of 15 pages.

/s/ *Bradford L. Geyer*
FormerFedsGroup.Com, LLC
141 I Route 130, Suite 303
Cinnaminson, NY 08077
e: **Brad@FormerFedsGroup.com**

/s/ *Joseph D. McBride, Esq.*
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 10th day of March 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Joseph D. McBride, Esq.*
Joseph D. McBride, Esq.