IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-117 (RCL) |
| | ) | |
| | ) | |
| ALEX HARKRIDER , et.al. | ) | |

## NOTICE TO THE COURT REGARDING TRIAL SCHEDULE

The Defendant, Alex Harkrider, by and through his counsel, Kira Anne West, hereby files this notice to inform the Court that undersigned counsel has scheduled activities on certain dates and states the following:

This case is set for jury selection on March 27, 2023. Undersigned counsel filed a "notice of proposed agreed trial date" on December 19, 2022, ECF No. 191, that the parties (both defendants and both prosecutors) had met and proposed the following date for trial: March 27-April 6, 2023.[1] Based on this discussion with all parties in this case, undersigned counsel made plans and reservations to take her elderly (a relative term, they are 85) parents on a post-Easter trip from April 13-17, 2023. Undersigned counsel was careful to consider the agreed upon trial dates, and knowing that trial dates are not set in stone, allowed three extra days- April 10, 11 and 12, 2023, to finish up the trial. And if this Court sits on Fridays as well, April 7, 2023 would give a 4th day to wrap up.

Also, on April 4, 2023, undersigned counsel, as *pro hac vice* counsel in *USA v. Badalian*, 21 CR 246 (ABJ) would like to appear for the reading of the verdict of the bench trial that finished last

---

[1] This was only proposed with the understanding that it would depend on the convenience and schedule of the Court. Of course, that remains the case.

1

week. Lead counsel has his office in California and it makes more economic and time sense for undersigned counsel to be present for the verdict of Judge Jackson, which undersigned counsel believes will take less than an hour. Ms. Nicole Cubbage whom the Court may remember, is a lawyer who will be trying this case with undersigned counsel and will be present if the Court begins trial at 10:00 am April 4th. *See* TFH order, ECF No. 199. Undersigned counsel has discussed this with her client who has no objection to Ms. Cubbage covering trial for an hour.

Wherefore, undersigned counsel respectfully notifies the Court that she will ask to be excused from trial for 1 hour to take the verdict on April 4, 2023, at 10:00 a.m. in the *Badalian* case. A formal motion will be made during trial.

As this Court knows, the J6 cases have overwhelmed the judicial system. This notice is filed simply to alert the Court to scheduling issues of undersigned counsel.

Respectfully submitted,

KIRA ANNE WEST

By:  /s/
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 17th day of March, 2023 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West

2