UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX HARKRIDER,<br><br>*Defendant.* | Case No. 1:21-cr-117-RCL-2 |

## ORDER

Pending before the Court is the partially unopposed motion of defendant Harkrider seeking payment and accommodation by the U.S. Marshal of his travel expenses to Washington, D.C. so he can attend his trial. In consideration of the motion and the government's position relayed therein, it is hereby

**ORDERED** that the motion for payment of travel expenses is **GRANTED** in part and **DENIED** in part. Specifically, the United States Marshal must arrange and pay for travel for Mr. Harkrider from Texas to Washington, D.C. for his trial, but not his return travel from Washington, D.C. to Texas at the trial's conclusion. Section 4285 only authorizes the Court to direct the Marshal "to arrange for [the defendant's] means of noncustodial transportation or furnish the fare for such transportation *to* the place where his appearance is required." 18 U.S.C. § 4285 (emphasis added); *see United States v. James*, 762 F. Supp. 1, 1–2 (D.D.C. 1991).

**IT IS SO ORDERED.**

Date: April 25, 2023

Royce C. Lamberth
United States District Judge

1