# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Case No. 1:21-cr-117-RCL

RYAN TAYLOR NICHOLS and
ALEX KIRK HARKRIDER,

*Defendants.*

## SCHEDULING ORDER

As discussed at the May 10, 2023 status conference, it is hereby **ORDERED** that:

- Defendants shall file any further discovery motions by **June 20, 2023**;[1]

- The government shall respond to any such motions by **July 3, 2023**;

- Defendants shall file any replies by **July 10, 2023**; and

- A jury trial is set for **November 8, 2023** at 10:00 a.m.

Both defendants having requested a continuance of the original trial date set in this matter and consented to the new trial date, and due to counsel's unavailability for an earlier date, the Court finds that it is in the interest of justice to exclude the time between March 27, 2023 and November 8, 2023 under the Speedy Trial Act.

**IT IS SO ORDERED.**

Date: May __, 2023

Royce C. Lamberth
United States District Judge

---

[1] At the status conference, the Court stated, and the parties agreed, that discovery motions would be due on June 19, 2023. However, it has come to the Court's attention that that date is a federal holiday.