IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN TAYLOR NICHOLS,<br><br>*Defendant*. | Case No. 21-cr-117-1(RCL) |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Undersigned counsel respectfully moves this Court for the entry of an Order granting Defendant the right to file under seal Exhibit A in accordance with the procedures outlined in Local Rule 5.4

Dated: New York, NY
June 9, 2023

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify on this 9th day of June 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Joseph D. McBride
Joseph D. McBride

1