IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-117 (RCL) |
| | : | |
| ALEX HARKRIDER | : | |

### DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE

Mr. Alex Harkrider, through his attorney, Kira Anne West, respectfully requests that this Honorable Court temporarily modify his conditions of release. Specifically, Mr. Harkrider asks the Court to allow him to attend a Marine Corps reunion in Florida from September 1st -6th, 2023. This is the same reunion he attended last year. Judge Hogan granted this same motion last year.

Mr. Harkrider has a perfect record of compliance with Pretrial Services. Undersigned counsel communicated with AUSA Brashier who does not oppose this motion. Mr. Harkrider has discussed the specifics with his pretrial officer who asked for this motion to be filed.

Respectfully submitted,

KIRA ANNE WEST

By    /s/    *Kira A. West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509

1

Washington, D.C.  20002  
Phone:  202-236-2042  
kiraannewest@gmail.com  
Attorney for Mr. Harkrider

## **CERTIFICATE OF SERVICE**

I hereby certify on the 27th day of July, 2023, a copy of same was delivered to the parties of record, by email pursuant to the rules of the Clerk of Court.

                                                      /S/   Kira West

                                                      Kira Anne West