# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-cr-117(RCL)** |
| | **:** | |
| **ALEX HARKRIDER,** | **:** | |
| **Defendant.** | **:** | |

## <u>ORDER</u>

Pending before the Court is the unopposed motion to temporarily modify conditions of release by the defendant to allow him to attend a United States Marine Corps reunion.   Finding the motion unopposed and meritorious, it is

**ORDERED** that the unopposed motion to temporarily modify conditions of release is GRANTED/DENIED. Mr. Harkrider may attend the Marine Corps reunion from September 1-6, 2023.

Signed this _____ day of _____, 2023.


_____
ROYCE C. LAMBERTH
United States District Judge