UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 21-cr-117(RCL) |
| ALEX HARKRIDER,<br>　　　　Defendant. | : |

## ORDER

Pending before the Court is the unopposed motion to temporarily modify conditions of release by the defendant to allow him to attend a United States Marine Corps reunion. Finding the motion unopposed and meritorious, it is

**ORDERED** that the unopposed motion to temporarily modify conditions of release is **GRANTED**. Mr. Harkrider may attend the Marine Corps reunion from September 1-6, 2023.

Signed this __28th__ day of __July__, 2023.

_____
ROYCE C. LAMBERTH
United States District Judge