# Exhibit B

**Committee on House Administration Access to USCP Video**

Overview:  Outside access to review USCP security footage in person.

- Starting September 2023, the Committee will allow access to terminals by representatives of U.S. news outlets (not limited to press accredited through congressional galleries), Qualifying Non-Profit Organizations, as well as defendants charged with crimes related to January 6, 2021 and their counsel, and individuals who were physically harmed on January 6, 2021 at the United States Capitol and their counsel.
- Viewers will be asked to leave cell phones and cameras near the door and must agree not to record footage from terminals.
- Access will be subject to time restrictions to enable CHA Staff to administer this access.
- Access to footage or provision of video clips will be subject to CHA's discretion and is final, not subject to appeal.  Neither the limited grant of access to the footage nor the limited provision of video clips by CHA makes or shall be interpreted to make this footage a public record for any purpose, including but not limited to the common law right of access, or any other open records laws.
- These policies do not apply to Members of Congress

News outlets and Qualifying Non-Profit Organizations
1. Terminals will be available for news outlets weekdays except holidays, from (i) 9 am to noon and (ii) 1 pm to 4 pm, eastern time.
2. Only U.S. citizens, U.S. nationals, and U.S. lawful permanent residents, are permitted to access terminals and footage.
3. Qualifying Non-Profit Organization is defined as a non-partisan non-profit organization with the mission of contributing significantly to the public understanding of the operations or activities of the government and a record of advancing that mission.
4. Must email committee staff (CHAREP.OversightRequests@mail.house.gov) to request an appointment time for terminal access.
5. Each appointment is first come, first served.
6. Each appointment slot is no longer than 3 hours per day, with one appointment per week.
7. Up to three separate entities can review footage at the terminals at the same time.
8. Appointments in addition to the one per week allotment may be considered and awarded at the discretion of CHA based on space and time constraints.
9. If demand is high, additional review times could be made available based on availability.

Access by Defendants
1. Terminals will be available for defendants charged with crimes related to January 6, 2021 and their counsel, and individuals who were physically harmed on January 6, 2021 at the United States Capitol and their counsel on weekdays from (i) 9 am to noon and (ii) 1 pm to 4 pm.
2. Only U.S. citizens, U.S. nationals, and U.S. lawful permanent residents are permitted to access terminals and footage.
3. Must email committee staff (CHARep.OversightRequests@mail.house.gov) to request an appointment time.
4. Each appointment is first come, first served.
5. Each appointment slot is no longer than 3 hours per day, with one appointment per week
6. Up to three separate entities can review footage at the terminals at the same time (e.g., same counsel can't request three appointments for the same day)
7. Individuals in this category will have priority over any other category to review footage.

8. Appointments in addition to the one per week allotment may be considered and awarded at the discretion of CHA based on space and time constraints. If demand is high, additional review times could be made available based on CHA staff availability.

Process for requesting clips after terminal review:
U.S. news outlets will be permitted to request video clips of USCP video subject to the following criteria.
1. Each outlet can request [10] clips per week and 20 clips per month.
2. Clips can be no longer than [10 minutes] in length.
3. The total length of clips per request can be no more than 45 minutes or (1 hour 30 minutes per month).
4. Clips will be released based on the following parameters:

- **Category 1.** Clips will be released if the same or similar clips have already been made public by federal government, news media, or documentary filmmakers (i.e., not on social media).
  - "Similar" means the same camera angle or same area in or around the Capitol, at roughly the same time.
  - CHA staff will keep a list of public clips described above. Requester may also point CHA staff to public release (by federal government or news media or documentary films (i.e., not on social media)) if not found on committee list.

- **Category 2.** Clips will be released if from a camera previously identified by USCP as "non-sensitive" and do not show footage that, in the determination of CHA staff, would raise security concerns, such as footage showing officers defusing bombs or other tactical situations.
  - USCP officers' faces will be blurred from Category 2 footage, if possible, by requesting entity.

- **Category 3.** Clips will generally not be released if from a camera previously identified by USCP as "sensitive."
  - Exceptions: If such clips are (a) also Category 1 clips, or (b) in the determination of CHA staff the public interest of the clips outweighs the security sensitivity of the clips.
  - CHA may seek advice of USCP with respect to sensitivity of clips.

Defendants charged with crimes related to January 6th and their counsel may request footage subject to the same procedures in Section 4 above if, after reviewing the footage, they certify to CHA that:
1. The requested footage was not made available to them by prosecutors;
2. That the requested footage contains potentially exculpatory information; and
3. That it will be used exclusively for purposes of their or their client's defense.

General availability of clips:
1. After clips have been released pursuant to procedures above, the clips will be uploaded to a "public reading room" maintained by the Committee on House Administration. The public reading room will also include any clips already released before these procedures were put into place.
2. Clips will not be associated with a particular requester
3. Access to the public reading room will be available via email requests made to the Committee on House Administration. Public access to the reading room will terminate at a time to be determined by the Committee.

4. Only U.S. citizens, U.S. nationals, and U.S. lawful permanent residents are permitted to access the reading room.