IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-117-2 (RCL) |
| | ) | |
| | ) | |
| ALEX HARKRIDER | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO JOIN CO-DEFENDANT NICHOL'S MOTION TO COMPEL DISCOVERY**

COMES NOW Kira Anne West, counsel for Alex Harkrider in the above captioned case, and respectfully moves to join defendant Nichol's motion to compel discovery, ECF No. 244 and supplemental motion to compel discovery, ECF No, 245, without opposition from the government. Undersigned counsel spoke to AUSA Brasher who indicated the government does not oppose this motion for joinder.

Respectfully submitted,

KIRA ANNE WEST

By:   /s/   *Kira Anne West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

1

CERTIFICATE OF SERVICE

    I hereby certify on the 14th day of September, 2023, a copy of same was delivered to the parties of record, by email, pursuant to the rules of the Clerk of Court.

                                         /S/ *Kira West*
                                         Kira Anne West