UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-117(RCL)** |
| | : | |
| **ALEX HARKRIDER,** | : | |
|         Defendant. | : | |

## ORDER

Pending before the Court is the unopposed motion of defendant Harkrider to join the discovery motions of co-defendant Nichols, specifically ECF No. 244 and ECF No. 245. The motion being meritorious and the motion being unopposed, the motion is GRANTED/DENIED.

**IT IS SO ORDERED.**

Date:   September____ , 2023.

_____
Royce C. Lamberth
United States District Judge