UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
v.                           :     Criminal No. 21-cr-117(RCL)
                             :
ALEX HARKRIDER,              :
         Defendant.          :

## ORDER

Pending before the Court is the unopposed motion of defendant Harkrider to join the discovery motions of co-defendant Nichols, specifically ECF No. 244 and ECF No. 245. The motion being meritorious and the motion being unopposed, the motion is GRANTED/~~DENIED~~.

**IT IS SO ORDERED.**

Date: September 20, 2023.

_____
Royce C. Lamberth
United States District Judge