IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**RYAN TAYLOR NICHOLS,**<br><br>            Defendant | Case No. 21-cr-00117-1 (RCL) |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
REPLY TO GOVERNMENT'S RESPONSE  [at ECF 255]
TO ORDER OF THE COURT**
*[Relating To Defendant's Motions To Compel]*

Defendant RYAN TAYLOR NICHOLS ("Nichols"), through undersigned counsel, Joseph McBride, Esq. and Bradford L. Geyer, Esq. respectfully requests the Court to grant leave for Defendant to file this Reply to the Government's Response to the Order of the Court entered at ECF Dkt. # 254 on August 31, 2023.

Defendant suggests that the Government's Response at Dkt. #255 is a supplemental Opposition in response to the Court's query seeking clarification of the topic.  Therefore, Defendant believes that the Defendant should be able to respond with a supplemental Reply to what is in effect the Government's supplemental Opposition.

The Defendant had filed a motion to compel disclosure at ECF Dkt. #244 and his supplemental motion to compel "Motion for Required Disclosure of Potentially Exculpatory Information" on June 20, 2023, entered at ECF Dkt. # 244 asking this Court to enter an Order that the U.S. Government disclose potentially exculpatory information and/or information favorable to the Defendant under Rules 6(e)(3)(C) and 16(a)(1)(A) of the Federal Rules of Criminal Procedure, Rule 16 of the same, *Brady v. Maryland,* 373 U.S. 83 (1963) and progeny, and Nichol's Due

1

Process rights under the U.S. Constitution.

The Government entered a first Opposition at ECF Dkt. #247. The Defendant entered his Reply to the Opposition at ECF Dkt. #251 on July 19, 2023.

The Court of course issued an order on August 31, 2023, at ECF Dkt. #254. The Court's Order methodically identified clarification that the Court needed to be able to evaluate the motion and the Government's disclosure. The Order explicitly requires more information to be able to evaluate the Defendant's motions. The Order is not a decision on those motions yet.

The Government entered its response to the Court's order on September 14, 2023, at ECF Dkt. # 255. The Defendant is replying now after requesting a few extra days to reply.

**CONCLUSION**

The Defendant respectfully requests that he have leave to file his companion Reply to the Government's Opposition response filed at ECF Dkt. #255.

Dated: June 21, 2023, Brooklyn, NY

Respectfully submitted,

| **/s/ Bradford L. Geyer** | **/s/ Joseph D. McBride, Esq** |
|---|---|
| Bradford L. Geyer | Joseph D. McBride, Esq. |
| PHV PA 62998 | Bar ID: NY0403 |
| NJ 022751991 | THE MCBRIDE LAW FIRM, PLLC |
| 141 "I" Route 130 South, 303 | 99 Park Avenue, 6th Floor |
| Cinnaminson, NJ 08077 | New York, NY 10016 |
| bradford.geyer@formerfeds.com | jmcbride@mcbridelawnyc.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

**/s/ Joseph D. McBride, Esq**