UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RYAN TAYLOR NICHOLS, *et al.*,

Defendants.

Case No. 1:21-cr-00117-RCL

## ORDER

It is hereby **ORDERED** that Defendant Nichols's Motion [260] for Leave to File Reply to Government's Response to Order of the Court is **GRANTED**.

Furthermore, for the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that Defendants Nichols's and Harkrider's Motion [244] and Supplemental Motion [245] to Compel Discovery are **DENIED**.

**IT IS SO ORDERED.**

Date: 10/16/23

Royce C. Lamberth
United States District Judge

1