UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-cr-117(RCL)** |
| : | |
| **ALEX HARKRIDER,** : | |
|       **Defendant.** : | |

**ORDER**

Pending before the Court is the motion of the defendant to continue his trial so that he can call a witness that will provide exculpatory information at his trial because the witness is unavailable. Finding the motion is meritorious, it is

**ORDERED** that the motion to continue the trial is GRANTED/DENIED.

Signed this _____ day of _____, 2023.

_____
ROYCE C. LAMBERTH
United States District Judge