# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-117 (RCL) |
| | : | |
| | : | |
| ALEX HARKRIDER | : | |

### DEFENDANT'S OUT OF OFFICE NOTICE TO THE COURT

Mr. Alex Harkrider, through his attorney, Kira Anne West, respectfully files this notice that undersigned counsel will be out of the office from January 8-19, 2024, and states the following:

This case is set for trial on January 2, 2024. Undersigned counsel and the government have agreed to waive a jury trial and are working towards a stipulated trial. Undersigned counsel will be out of the office on the above dates due to family obligations that were scheduled months ago. Undersigned counsel has no reason to believe that this case cannot be presented to the Court the week of January 2, 2024, and concluded by January 5th, 2024.

Respectfully submitted,

KIRA ANNE WEST

By:   /s/   *Kira Anne West*
Kira Anne West
DC Bar No. 993523

1

712 H Street N.E., Unit 509<br>
Washington, D.C. 20002<br>
Phone: 202-236-2042<br>
kiraannewest@gmail.com<br>
Attorney for Mr. Harkrider

## CERTIFICATE OF SERVICE

I hereby certify on the 9th day of November, 2023, a copy of same was delivered via ECF to the parties of record, pursuant to the rules of the Clerk of Court.

    /S/    Kira Anne West

Kira Anne West