# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-117 (RCL) |
| | : | |
| | : | |
| ALEX HARKRIDER | : | |

### NOTICE OF FILING

Mr. Alex Harkrider, through his attorney, Kira Anne West, respectfully files this waiver of trial by jury signed by both parties attached as Exhibit 1.

                        Respectfully submitted,

                        KIRA ANNE WEST

By:   /s/   *Kira Anne West*
       Kira Anne West
       DC Bar No. 993523
       712 H Street N.E., Unit 509
       Washington, D.C. 20002
       Phone: 202-236-2042
       kiraannewest@gmail.com
       Attorney for Mr. Harkrider

## **CERTIFICATE OF SERVICE**

I hereby certify on the 1st day of December, 2023, a copy of same was delivered via ECF to the parties of record, pursuant to the rules of the Clerk of Court.

      /S/    Kira Anne West

Kira Anne West