# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL NO. 21-cr-117-RCL** |
| | : | |
| ALEX KIRK HARKRIDER, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

With consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
ALEX KIRK HARKRIDER
Defendant

_____
KIRA A. WEST
Attorney for Defendant

Dated: November 20, 2023


I consent:

_____
Douglas B. Brasher, Assistant United States Attorney
Sarah W. Rocha, Trial Attorney—Detailee
Sean P. McCauley, Assistant United States Attorney

Approved:


_____                    Date:
Royce C. Lamberth, U.S. District Judge

1