IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 21-CR-117 (RCL) |
| | : | |
| | : | |
| ALEX HARKRIDER | : | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL DATE DUE TO SCOTUS CERT IN FISCHER**

Mr. Alex Harkrider, through his attorney, Kira Anne West, respectfully requests that this Honorable Court grant a stay of the trial date of January 2, 2024, or in the alternative defendant seeks a continuance until the Supreme Court hears and decides the 1512 issues raised in *Fischer v. United States*, 23-5572, in which *certiorari* was granted December 13, 2023. Defendant's position here is exactly the same as the position of the United States who has asked the D.C. Circuit to stay all appeals of cases involving the 1512 statute. Moreover, Mr. Harkrider is prepared to plead guilty to the indictment on all other counts with the exception of the 1512 count.

Mr. Harkrider files this motion not to delay the trial unnecessarily, but to preserve precious judicial resources. The government opposes this motion.

Respectfully submitted,

KIRA ANNE WEST

1

By      /s/    *Kira A. West*
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com
Attorney for Mr. Harkrider

**CERTIFICATE OF SERVICE**

I hereby certify on the 14th day of December, 2023, a copy of same was delivered to the parties of record, by email pursuant to the rules of the Clerk of Court.

/S/ *Kira West*

Kira Anne West