IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
v.                           :   CRIMINAL NO. 21-cr-117-RCL
                             :
ALEX KIRK HARKRIDER,         :
                             :
         Defendant.          :

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

With consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

ALEX KIRK HARKRIDER
Defendant

KIRA A. WEST
Attorney for Defendant

Dated: November 30, 2023

I consent:

Douglas B. Brasher, Assistant United States Attorney
Sarah W. Rocha, Trial Attorney—Detailee
Sean P. McCauley, Assistant United States Attorney

Approved:

Royce C. Lamberth, U.S. District Judge

Date: 12/21/23

1