IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 21-cr-117-RCL |
| ALEX KIRK HARKRIDER | : |
| Defendant. | : |

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

Defendant, Alex Kirk Harkrider, by and through counsel, hereby acknowledges that he will be waiving the following rights by proceedings with a Stipulated Trial.

1. The constitutional right to trial by jury. At trial, the government would have to present evidence to prove the defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on the defendant's behalf.

3. The right to counsel to assist the defendant at trial.

4. The right to testify if the defendant chose to do so. However, if the defendant chose not to testify, the Court would instruct the jury that the decision not to testify could not be used against him.

5. At a jury trial, the defendant could not be convicted unless all twelve jurors agreed that the government had proved him guilty beyond a reasonable doubt.

6. If the defendant is not a citizen of the United States, his conviction could result in deportation or have other immigration consequences.

If the Court grants leave to proceed with a Stipulated Trial, the defendant will give up these

rights. The government agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise affect the defendant's right to appeal the Court's denial of their motion to dismiss Count 2 of the current indictment, which charges a violation of 18 U.S.C. § 1512(c)(2). The Court will consider the Stipulation of Facts and if it believes that the Government has proven guilt beyond a reasonable doubt, the Court will find the defendant guilty. Signing this document means that the defendant wishes to proceed with a Stipulated Trial and give up those rights.

_____
ALEX KIRK HARKRIDER
Defendant

_____
KIRA A. WEST
Attorney for Defendant
Dated: ~~December~~ January 2nd, 202~~3~~4

I consent:

_____
Douglas B. Brasher, Assistant United States Attorney
Sarah W. Rocha, Trial Attorney—Detailee
Sean P. McCauley, Assistant United States Attorney

Approved:

_____                                Date: 1/2/24
Royce C. Lamberth, U.S. District Court Judge

2