IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RYAN TAYLOR NICHOLS,                                    Case No. 21-cr-117

*Defendant*.

**DEFENDANT RYAN NICHOLS' MOTION FOR LEAVE TO FILE PSR OBJECTIONS**

DEFENDANT RYAN NICHOLS, by and through undersigned counsel, respectfully moves this court for permission to file PSR objections as soon as practicable for the following reasons: In March of 2024, the DC Circuit's decision in *USA v BROCK*, rendered Section 2J1.2 enhancements inapplicable to January 6th cases. Also in March, Undersigned Counsel spoke with United States Probation Officer Andre Wilson about the necessity for a revised PSR reflective of the *BROCK* decision, because there are 11 points worth of Section 2J1.2 enhancements at issue in this case. (See EXHIBIT A) Undersigned Counsel understood from his conversation with Probation that the revised PSR would be issued by the week of April 14th at the latest. After a series of additional communications, today, Mr. Wilson communicated to Undersigned Counsel that the revised PSR would be filed on April 25, 2024.

Mr. Nichols stands ready to be sentenced on May 2, 2024. Sentencing memos are due one week before sentencing, on April 25, 2024. Because Probation will be filing a revised PSR on the same day sentencing memos are due, Undersigned Counsel respectfully requests leave to file PSR objections as soon as practicable.

Dated: Brooklyn, New York
April 19, 2024

                                          Respectfully Submitted,

                                          /s/ Joseph D. McBride, Esq.
                                          99 Park Avenue
                                          8th Floor
                                          New York, NY 10016
                                          p:  (917) 757-9537
                                          e:  jmcbride@mcbridelawnyc.com