Dear Sir and Ma'am,

   I respectfully summit a letter to allow you a little insight into a fine young man, that has been caught up in the moment and has made a mistake.      Alex Harkrider is a true patriot. He has served in our military and has fought for our country on foreign soil as well as fighting for what a very large group of Americans viewed as an injustice to our freedom to vote and to have the candidate that won the election to hold office. Alex served in Kuwait and former President Trump brought him home. Therefore, like most of our military men and women. His allegiance is to the President that brought him home.
    I understand that Alex should not have gone inside the Capitol building, but I do understand being caught up in the moment and allowing bad judgment to take over. I also understand the love for our country that Alex has, as well as his devotion to our country that he pledged to defend.      Alex has gone to numerous areas to help when areas have been hit by catastrophic events. He has devoted himself to helping mankind and has spent his own time, money and energy helping people he doesn't even know. I humbly ask you to please consider time served as Alex's punishment. He truly is not a threat and is the epitome of an American soldier and honorable citizen.


Respectfully yours,
Amanda Grappe'- Realtor GRI, RS



Dear Honorable Judge Lamberth,

I am writing to express my unwavering support and admiration for my dear friend, Alex Harkrider. In all my years of knowing Alex, I have come to understand him as nothing short of the epitome of a remarkable human being.

Alex possesses an unparalleled level of integrity, compassion, and dedication that sets him apart in every aspect of his life. His unwavering commitment to upholding moral principles, even in the face of adversity, is a testament to his character and strength of character. Whether it's lending a helping hand to those in need or standing up for what is right, Alex's actions consistently reflect his profound sense of empathy and justice.

Furthermore, Alex's exceptional intellect and diligence have consistently propelled him to excel in his endeavors, both professionally and personally. His relentless pursuit of excellence coupled with his innate ability to inspire those around him make him an invaluable asset to any community or organization fortunate enough to have him.

In summary, I wholeheartedly attest that Alex Harkrider is not only an outstanding individual but also the embodiment of the best qualities a human being can possess. It is my sincere hope that you will take this into consideration as you deliberate on matters concerning Alex.

Sincerely,
Masey Cheshire



To whom it may concern,

     I have known Alex Harkrider since we were 5 years old. We met in kindergarten and moved up each grade alongside one another as classmates. Alex was always, and still is, an energetic person who loves putting smiles on people's faces and making people laugh. He doesn't pick and choose who to love or who to be friends with. He is friends with and loves everyone in our town of about 6,000 people and beyond. When Alex stepped up to join the military, I was so proud. I have never met a person who loves his country as much as Alex does. I am forever grateful

that he signed up for the hard job to keep America free and as great of a country as it was always known to be. After serving several years overseas in active war zones, Alex came home and still wore a smile on his face despite the things I can only imagine he saw during his time with the Marine corp. He is the type of man who would literally give you the shirt off of his back, I wouldn't be suprised if he actually HAS given someone the shirt off of his back. Any time our community is stricken with cancer or hard times he gives freely to those in need. He has done or helped with fundraisers and benefits free of charge. He feeds the community. Quite literally. Alex loves to cook and in abundance and he shares! If you need a couch moved, he's the friend who shows up. Even when his time as a marine ended, he never stopped serving this country. Any time there has been a national disaster; flood, hurricane, tornado, or destruction of any kind, he uses his own resources, travels across state after state to get to and rescue those in need. He brings people food and water in those situations and plays a hands on role in saving people's lives. And their beloved pets. I cannot tell you how many people's lives Alex has saved. But I know it's a lot more than I can count. He is the guy who's always got your 6. No matter who you are. A real American hero. A world without Alex in it would be a darker world. I am blessed and thankful and proud to be a part of Alex's world. He is the man you'd want beside you in this war we call life.

Sincerely,
Keena Saxton


To Judge Lamberth:

My name is Trudy Craig and I'm Alex Harkrider's aunt. I've had the privilege and honor of knowing Alex his whole life.
From the time Alex was a child, his sense of humor and love for others were already apparent in his life. He could smooth over any bad situation with his laughter and make anyone that was being left out feel accepted and included in whatever activity was taking place.
Alex has always been comfortable with any person, in any situation, because he sees everyone the same. His love for mankind is truly unbiased and an example to us all.
Alex is the go to person for his friends and family too. He has an open door policy for anyone needing a place to stay or a meal to eat. He never asks anything in return and leaves himself open to being taken advantage of from time to time. That doesn't deter him from doing what he believes he should be doing though. There are many, many people who love Alex because of this love and acceptance and will be his friend and by his side for his lifetime.
Alex has the heart of a servant and the pride of an American.
This love of country and willingness to serve is why he enlisted in the Marines for 4 years and proudly served his country with tours in Afghanistan and Iraq.
This was a difficult time for Alex and he was left with PTSD and has had to learn how to live with the devastating consequences of his experiences over there.
Through it all, Alex never lost his sense of caring for others. If anything it became stronger and led Alex to join Rescue the Universe where he could have hands-on experience in caring for others in many different ways after disasters. He did high water rescues, cleaned up debris, repaired damage to houses, and handed out water . More importantly, on one occasion  he helped rescue the elderly from an abandoned nursing home in Louisiana when they thought all was lost.
Alex has many future plans and they all involve service to others. From working with disabled vets, vets with PTSD, and veteran's families to camping with underprivileged children and volunteer fire fighting. There is no limit to his compassion and love for others.

Whatever Alex does, he puts his whole heart into accomplishing something for the better. He is an inspiration to me and many others and I'm looking forward to seeing him about the business of caring and giving once again.

Dear Honorable Judge Lamberth,

I am writing to provide a character witness statement for Alex Harkrider, who is facing sentencing in your courtroom. My name is Joshua McGuire, and I have known Alex for a few years now.

In the time that I have known Alex Harkrider, I have witnessed firsthand his remarkable qualities as a person. He is truly one of the most compassionate and giving individuals I have ever met. Alex's kindness knows no bounds, as he consistently goes out of his way to help those in need and make a positive impact in his community. Whether it's through his involvement in charity work or his willingness to lend a helping hand to friends and strangers alike, Alex exemplifies the true spirit of generosity.

Furthermore, Alex treats everyone he encounters with the utmost respect and dignity. His genuine care and concern for others extend beyond mere words, as he consistently demonstrates empathy and understanding in his interactions. Alex's commitment to fostering meaningful relationships with both friends and family speaks volumes about his character and integrity.

I firmly believe that Alex Harkrider's actions on January 6th were not indicative of his true character. While he may have participated in the protest, I can attest to the fact that he did so peacefully and without any intent to cause harm or incite violence. Alex's love for his country and his passion for advocating for causes he believes in should not overshadow the positive contributions he has made to society.

As you consider Alex Harkrider's sentencing, I urge you to take into account his exemplary character and the countless lives he has touched in a positive way. I sincerely hope that you will grant him leniency and allow him the opportunity to continue making a difference in the lives of those around him.

Thank you for your time and consideration.

Sincerely,
Joshua McGuire


Judge Lamberth,

I hope this reaches you well. Over the past 11 years, Alex has been a big part of my life. Starting in 2013 we worked together after I was able to get Alex a job with Ritter Construction while I was living in Pleasanton, Texas. Alex stayed with me in my apartment and helped me with rent while we lived there. In 2014, Alex bought a house in Converse, Texas and offered me a room in his home. Over that period of time I had lost my job and Alex, without hesitation, helped me tremendously with my bills to keep me on my feet and did not charge me rent until I was able to find work again. He gave me the shirt off of his back to help me out and ever since we have remained brothers. I have seen Alex at his lowest, and I've seen him at his highest. I firmly believe he is at the best point in his life where he is happy doing what he loves; making the best bbq and catering to the bands he loves to listen to that help keep his demons away. Alex isn't perfect and neither am I. We all make mistakes. I ask you to please not take away what Alex loves and is currently doing, because he is helping so many people in his community through selfless service. Alex is one of the few people I trust with my life and I love him like the big brother I never had. He saved me more times in my life than he will ever know and if it wasn't

for him I'm not sure I would even be where I'm at in my own life. I thank you for your time and I hope this reaches you and I hope Alex is allowed to read this testimonial because he deserves the best in life.

Thank you,
Jay Murphy

TO WHOM THIS MAY CONCERN:

My husband and I have known Alex for about four years. Alex is a kind, caring young man and a great patriot for the United States of America.

I first met Alex when we worked together at a benefit for a young veteran in our community. Alex worked tirelessly in the kitchen with me and then helped with delivery to people who had bought meals.

Alex is willing to help anyone who needs help, and I feel it's time for us to help him. I pray that the court will find it in their hearts to sentence him only for time already served.

Thank you.

Susie Cowan


Dear Judge Lamberth my name is scott brady I am writing this letter on behalf of Alex Harkrider I have known Alex for over 20 years he has sacrificed so much for the good of the nation while serving in the marine corps but Alex has always been that way he is the kind of person who would always open the door for you and if someone needed food Alex was there volunteering to cook the food he has done so much while he has volunteered with rescue the universe he put his military training to great use by helping those in need after natural disasters by saving them from rising flood waters or by carrying much needed supplies to them Alex and I grew up in a small town we where raised by our community to show respect to our flag and stand up for what is right in the world I ask you to please not let one mistake take away from a man who has dedicated his life to helping others we need more people like Alex I leave you with this Ephesians 4:32 be kind to one another, tenderhearted,forgiving one another, as god forgave you


Your Honor
 Alex Harkrider is the son of my life long friend Donna Womack. I have know this family my entire life and call them friends. I'm 70 years old and have few people I can still say this about. They are good people. Alex joined the service and was an excellent Marine. I can't imagine him doing anything to harm this country. He has done many good deeds for little or no pay since he got out. I pray you will see the young man for who he is.
Best regards
Kimberly Massey


Hello my name is Stephanie Hicks I'm writing on behalf of Alex Harkrider. As a member and citizen from the same county as he. He is highly loved and cherished by several he goes above and beyond for his community and any where that needs help as far as other states or citys that are in a disaster state he loads goods and help up and heads out no questions asked or expect anything in return.  Yes he is just one person but he has done so much for people he does not even know and I truly feel taking him from are community would be devastating to us all. Please consider time served for one of the most upstanding citizens of Panola County.    Thank you for your time and consideration

To The Honorable Judge Lamberth,

My name is Bobbie Sue Tannehill and I am the owner of Fairplay Nursery in Carthage, Texas. I have known Alex for about 10 years now. Alex has always been a loving and caring friend to many people. Always the first to volunteer in crisis's and lend a helping hand.

It's unfortunate that Alex is in this situation. However, it is obvious to me that Alex will do all that he can to resolve this situation without further problems, and is sorry for any damage or inconvenience he has caused.

I hope that this letter can go some way in convincing the court that Alex Harkrider is a good person, and this testimony will be taken into consideration.

Yours truly,


Bobbie Sue Tannehill



Dear Judge Lamberth,

I'm writing you about Alex Harkrider whom I have known for 19 years. He's one of the most gentle, kind men I've ever known in my life. He would do anything for for someone in need. He literally has made it his life's mission. I'm hoping and praying you will be lenient on him. The crimes he's been accused of is unlike his usual character that I'm acquainted with by far. He had a lapse in judgment.. I hope you will please take that into consideration. I do not feel like he is a person that deserves to be in prison.

All my best,
Kelly Capps



To whom it may concern,

Good afternoon. I hope this letter finds you well. I am writing to you on behalf of Alex Harkrider. I have known Alex since he was in sixth grade. He has always been full of energy with a heart of gold. As he has grown I have seen him sacrifice his own happiness for the ones he loves. Alex has served his country with honor and pride while he was in the service. I have watched him go on many hurricane rescues and rescue people along with animals. He has served our community in many volunteer roles. On Friday nights he is always working the concession stand at the Carthage football games to bring in funds for our schools. The last two summers he has volunteered at band camp staying a week with band kids making sure they are kept safe and taken care of. He has volunteered cooking for many groups including the Youth at First Baptist Church. Alex always makes everyone around him laugh and feel loved with his fun and loving demeanor. Alex is a great son, loving father, and irreplaceable friend. I hope you will take all of his volunteering and his efforts supporting others into consideration when making your judgement. Our community is desperately going to miss him. There needs to be more selfless people like Alex Harkrider in the world.


Thanks for your time,
Jennifer Gary

Judge Lamberth

I am writing this letter in hopes that it speaks to the character of Mr. Alex Harkrider. I have had the privilege of knowing this gentleman for many years and he has always been one to exemplify what it means to be a patriot and a friend.

Like myself, Alex was a member of the US military and like myself he was taught to defend his belief in what is right and wrong. Alex spent months in a foreign country defending this nation not because he was simply tasked to, but because it was in his character to do so. We as a nation take these young impressionable minds and mold them into weapons to be a first line defense against what should be perceived as a threat against our democracy. Once we remove ourselves from a branch of service we no longer have commanders leading up by order, but rather we are entrusted to lead ourselves. We as a nation ingrained in people like Alex that our service to this country does not stop just because we no longer wear a uniform. This is a concept rarely understood by the public as most of them have not taken such a strenuous oath.

I have had many chances to speak with Alex since the events of January 6th and I am certain he had no ill intentions when he departed Panola County. Once he was there the atmosphere forced many to become loud and disadvantageous. I am not writing about the events of that day, but rather to say that I feel Alex only went because he wanted to show support for what he felt was best for his fellow (wo)man. He has expressed a great deal of regret for the way certain things went that day and I adamantly believe he never knew things would escalate to where they are today.

Alex has always been a giver. From volunteering his time to aid in rescues with Rescue The Universe to cooking meals for others, he has shown that he knows what it means to be selfless. He has started a growing BBQ catering business in the middle of all that is going on in his life. Alex has never been one to back down from a challenge and continues to surprise those around him by succeeding where others have failed. I have never looked at this man as anything other than a friend and a patriot. He is the type of person many would do good to model themselves after.

I know you are in a tough place deciding the fate of those before you, but I humbly ask that you look into the heart of this young man and see what so many in our small community have seen. Alex is not a threat to this country. On the contrary, he is exactly the type of person we need more of. Thank you for your time. Please feel free to reach out if you have any other questions.

--
Thank You,
*David Britt*
**Wings and Whitetails**


Judge Lamberth,

I am writing this letter in regards to Alex Harkrider. I have known him for years and met him officially when he had just come back from the military. He has always been a very respectful, caring person that is willing to help anyone in anyway if he could possibly do it.

I have gotten closer to him as a friend and have seen all the growth and maturity he has done for our small community in Panola County.

Alex has volunteered and helped with many things and rescued hundreds when the flooding and wreckage has been caused from multiple storms throughout several different states not just our county. He is all about patriotism and helping others when in need.

I have witnessed the compassion he has for others and I am truly proud to call him a friend. Alex is a true American hero and very proud of his country.

I am praying for him and I do hope that they find some leniency when that day comes.

Thank you,

Nish Watkins


Judge Lamberth,
I met Alex through volunteer search & rescue.  Not many people are willing to do what we do, even fewer to do it more than once.  Alex has repeatedly traveled to natural disaster areas in order to help.  There's no pay involved, no glory, just lots of sweat and brutal physical work.  I truly believe it takes a special person to do these things and Alex has proven himself to be such a person over and over.  I hope this gives you some small insight into what kind of person he is.

Sincerely

Tim Martin


Dear Judge Lamberth,

My husband Justin Peel and I have been neighbors to Alex for over 5 years.  Alex has always been so full of life, joyful, fun, and a great friendly neighbor. We might not have always agreed on certain things, But none the less we've moved forward with zero grudges.
My family and I witnessed everything go down when Alex's home was raided. I was fearing that his beautiful, smart, dedicated service dog Opie would get injured or killed protecting her person. I called Alex's mom Donna told her what was going down in front of our eyes.i thought maybe the authorities would let her get Opie out. Thankfully they let her take Opie. I know Alex would have been lost without Opie if something had happened to her. Opie his definitely his side kick.
I personally don't know Alex's specific mental struggles but I do know mine. I know that I need consistency in my schedule. I know change is absolutely hard on me. I know being away from my own animals is very hard on me. I feel Alex being away from his normal routine, family, friends and Opie would be detrimental to his mental health.
Alex is very generous with his time. He's always willing  to help anyone with anything. He works close with storm rescue missions. He loves to cook and BBQ.  Its some of the best we've had.. He's very passionate about music.
I pray that you would consider some leniency in his sentencing.
Justin and Tamra Peel


TO THE HONORABLE JUDGE LAMBERTH

My name is Darlene  Humphries and I am Alex Harkrider's aunt.  I've known Alex since birth. He's always been loving, funny and sweet!!  In spite of not being raised by a loving Dad or any father figure it's amazing how wonderful he's grown up to be!! He has a huge loving heart for family, friends, those in need and animals. I truly believe he doesn't discriminate and finds the best in every he knows or meets.
I was extremely impressed with Alex at Thanksgiving this past year, he cooked a huge Thanksgiving meal for his family and some of his friends. I'm so thankful to have been a part of it.
My son is 22 years old and Alex was his hero in elementary school. The school proudly displayed Alex's picture for serving our country. My son still enjoys to hear about his tours and all it entailed. He has also influenced my son to be a rescuer!
Alex loves his country too and that's why he enlisted in the Marines for 4 years. He served in Afghanistan and Iraq. I know it was extremely hard for him and he has had to cope with PTSD.  But his heart led him to join Rescue the Universe where he has cared for many people after disasters.  He has helped with high water issues, cleaned debris, passed out water and helped with repair damage.  He has even helped with the elderly in Louisiana.  His compassion is amazing!! I'm extremely proud of him and love him dearly.


Dear Judge Lamberth,

   My name is Sheena Lingafelter and I have been Alex's hairdresser since high school. Meeting him back then and watching him grow all these years, I've seen him go through quite a lot in his life, and watched him become quite the genuine soul/man/citizen. I watched him marry his Highschool sweetheart because they ended up pregnant, and then because they married so young they divorced. Then watched him do the right thing to raise his son to be a fine,

outstanding, smart and polite young man! I watched him join the marines and fight to serve his country with duty and pride! He may have come back a little messed up because of what he had to witness and go through (like I see so many of our military folks go through and battle) but Alex persevered and conquered! He continues to serve and protect his country and fellow people to this day! Any relief from natural disasters he is the first to volunteer and be there to help. Even if he is helping rescue animals and pets! He never walks away from a person in need. I've never met another human being in my life who is so gung ho to put himself out there and help others in need! He has done sooo much for the community as well here in this little town. Like organizing drives for food or other necessities, helping and supporting businesses, etc. I've watched Alex at our football games when he is volunteering to work the concession stands; the Highschool kids have a bit of an attitude problem and have been very rude to others in the lines. At times it's gotten out of hand where it's been too much for even the policeman working the games to get under control. Alex once jumped out of the concession stands and helped get things back in order (with the policeman's permission) and he handled it in a cool, calm, collected and respected manner. I have watched this young man grow and try to pursue dreams and passions, then proceed to actually achieve quite a lot of them without cheating anyone or anything like so many others do in life. He still fights interpersonal battles. We all do. I've watched him in his lows go to escape, with his dog Opie, down at the river bottom to recollect himself and pull himself out of his lows. Alex has a lot of regrets he can't take back. A good majority of them being in the wrong place at the wrong time, immature reasoning and decisions, and just bad luck. We ALL have that! But the difference between Alex and other people I see is that Alex actually problem solves and tries to right his wrongs and make up for any wrongdoing he has ever done. And not just once, but the remainder of his life. He learns from his mistakes and shares those lessons learned in hopes of someone learning to do differently. I don't know the whole situation from the capital that day. But I do know it was one of those at the wrong place at the wrong time type-situations. He is paying for it every day and I see the remorse he has. He had no intentions of ill will. It is not in him. He wouldn't be serving and protecting those around him and those he's never met in his life right now if that were the case. And he wouldn't have raised such an amazing son like he has either.

All sincerity

Sheena


Dear Judge Lamberth,

Alex Harkrider, there is so many ways and words to describe him. But just in one word I would say a "Savior"! I recently in the last few years got to work with him and his mission-Rescue The Universe that myself and family are apart of. My husband and I have delivered supplies, food, household goods along with every day needs to take care of their families. When we arrived in Deep South Louisiana, he was working with the military in pouring rain helping us unload everything we brought from Carthage, Tx to deliver all the donations we were able to gather from other East Texas groups. He dealt with pulling kids/babies and adults out during Harvey. He has served our Country and protected us. And to this day is willing to serve and protect us, especially when there is a natural disaster. Alex is the guy to call and won't ask questions, he just wants to know where and when he can help. I could call him right now, and he would show up to help me no matter the situation. Alex loves his country and people, just wants the best for all and protect all he can. Please consider and have in your heart that you have someone that gave it all protecting our country before all this 1/6 started. He is USA as we all should be. If there is anybody to ask for help…it's Alex 🇺🇸

Sincerely,
Haley Huff
Sent from my iPhone


ATTN: Judge Lamberth
Re: Alex Alex Harkrider
Subject: Character Reference

Alex Harkrider is a combat veteran and extremely proud of his service to the United States. He served with honor, and as a Vietnam veteran myself, I salute him.

He is a valued member of the city of Carthage, Texas always striving to do the right thing.

Alex contributes his exceptional cooking skills to the community promoting southern cooking at it's best. He will be missed if taken away from us.

Alex is a peaceful person and would give you anything he has if you needed it.
I am proud to call him my friend.

David Kitzman
115 County Road 1842
Carthage, Texas 75633
Cell: 507 458 7470
[Yahoo Mail: Search, Organize, Conquer](#)


Dear Honorable Judge Lamberth,

I am writing to provide a character witness statement for Alex Harkrider, who is facing sentencing in your courtroom. My name is Joshua McGuire, and I have known Alex for a few years now.

In the time that I have known Alex Harkrider, I have witnessed firsthand his remarkable qualities as a person. He is truly one of the most compassionate and giving individuals I have ever met. Alex's kindness knows no bounds, as he consistently goes out of his way to help those in need and make a positive impact in his community. Whether it's through his involvement in charity work or his willingness to lend a helping hand to friends and strangers alike, Alex exemplifies the true spirit of generosity.

Furthermore, Alex treats everyone he encounters with the utmost respect and dignity. His genuine care and concern for others extend beyond mere words, as he consistently demonstrates empathy and understanding in his interactions. Alex's commitment to fostering meaningful relationships with both friends and family speaks volumes about his character and integrity.

I firmly believe that Alex Harkrider's actions on January 6th were not indicative of his true character. While he may have participated in the protest, I can attest to the fact that he did so peacefully and without any intent to cause harm or incite violence. Alex's love for his country and his passion for advocating for causes he believes in should not overshadow the positive contributions he has made to society.

As you consider Alex Harkrider's sentencing, I urge you to take into account his exemplary character and the countless lives he has touched in a positive way. I sincerely hope that you will grant him leniency and allow him the opportunity to continue making a difference in the lives of those around him.

Thank you for your time and consideration.

Sincerely,
Joshua McGuire


Judge Lamberth,

I hope this reaches you well. Over the past 11 years, Alex has been a big part of my life. Starting in 2013 we worked together after I was able to get Alex a job with Ritter Construction while I was living in Pleasanton, Texas. Alex stayed with me in my apartment and helped me with rent while we lived there. In 2014, Alex bought a house in Converse, Texas and offered me a room in his home. Over that period of time I had lost my job and Alex, without hesitation, helped me tremendously with my bills to keep me on my feet and did not charge me rent until I was able to find work again. He gave me the shirt off of his back to help me out and ever since we have

remained brothers. I have seen Alex at his lowest, and I've seen him at his highest. I firmly believe he is at the best point in his life where he is happy doing what he loves; making the best bbq and catering to the bands he loves to listen to that help keep his demons away. Alex isn't perfect and neither am I. We all make mistakes. I ask you to please not take away what Alex loves and is currently doing, because he is helping so many people in his community through selfless service. Alex is one of the few people I trust with my life and I love him like the big brother I never had. He saved me more times in my life than he will ever know and if it wasn't for him I'm not sure I would even be where I'm at in my own life. I thank you for your time and I hope this reaches you and I hope Alex is allowed to read this testimonial because he deserves the best in life.

Thank you,
Jay Murphy


TO WHOM THIS MAY CONCERN:

My husband and I have known Alex for about four years. Alex is a kind, caring young man and a great patriot for the United States of America.

I first met Alex when we worked together at a benefit for a young veteran in our community. Alex worked tirelessly in the kitchen with me and then helped with delivery to people who had bought meals.

Alex is willing to help anyone who needs help, and I feel it's time for us to help him. I pray that the court will find it in their hearts to sentence him only for time already served.

Thank you., Susie Cowan