

Michael J. Rimsky                                                                       26 April 2024

Honorable Judge Lamberth


**RE: Character Letter for Alex Harkrider**

**Dear Judge Lamberth**,

I am writing to you to express my knowledge of Mr. Harkrider on a personal and professional level.  Those that know me will tell you that I speak the truth even when it's not favorable and that I believe that a person's actions speak louder than any written word. Allow me to give you a summary of my background so that you may understand the weight of my opinion.  I am a graduate of Carthage High School class of 2000, I served in the United States Air Force for over 10 years at the rank of Staff Sergeant, served two combat tours throughout Southeast Asia.  After my term I served as Police Officer in the State of Louisiana as Sergeant on the SWAT team and an investigator for over 6 years.  I am currently a business owner and work for myself in the oil and gas industry.

With that being, said I feel that it is paramount to the sanctity of the American people to be allowed their constitutional right under the 1st Amendment to the freedom of speech, religion, press and the freedom of assembly. This is protected by the Constitution and by international human rights law.  Buildings that are paid with tax dollars by the American people, belong the American people and therefore becomes a public place. By that definition they have a right to assemble and speak against any in justice they believe to be committed.  It is an oath I took as a soldier, a police officer, and one that you took as a Judge.  Mr. Harkrider took the same oath and had fulfilled his commitment as a soldier in the United States Marine Corps.  We took an Oath to protect the Constitution against all enemies foreign and domestic… and then the Government wants to punish him and many others for fulfilling the same Oath they taught these Americans to stand for.

Mr. Harkrider is not only a decorated patriot of the United States, but he is also a pillar in our communities. He has shown his love for people by running to them in their times of natural disasters. He has fed the hungry and poor, waded through flood waters to reunite children with their families. Mr. Harkrider is a person that as a parent, we want our children to strive to be, what we need in a friend, and the backbone that our country needs.

In conclusion your Honor, I am asking for the court to be honorable and fair to the expectations of our soldiers and to understand that our oaths never expire. I ask for the humbleness of the court to see Mr. Harkrider as a man that loves his country and the people around him, no matter where he is. I beg that the same constitutional rights be given to all those that come before this court, be given the same outcome as the people of the BLM community that held a city hostage with no repercussions for their illegal and destructive actions. In all matters your Honor, I along with millions of other patriotic Americans seek fairness of the court, its magistrate, and the legal teams to do what is honorable and just.

Your Honor I pray that these words find their way into your heart as this case moves forward. I Humbly and Respectfully submit this letter to you in hoping you see the good in Mr. Harkrider and those like him.

Michael J. Rimsky

Staff Sergeant United States Air Force

Security Forces