Karen Cheshire

712 Heaton ST

Carthage, TX 75633

Karencheshire17@gmail.com

April 18, 2024

Honorable Judge Lambert

RE: Character Reference for Alex Harkrider

Your Honor,

The aim of this letter is to present the good character of Alex Harkrider. Alex is a lifesaver to our small community and that is hard to express in a letter because it is better to see it in person. Everyone here in Carthage knows his name for all the good reasons. Alex deserves nothing but the best for all the humanitarian work that he volunteers for not only here in our community but for the volunteer work that he is always willing to do around the United States. As I am sure you have been made aware of his volunteer work anytime a natural disaster occurs. Alex is always willing to lend a helping hand to anyone or animal in our community when the time arises. He is a staple here in Carthage, Texas. Just last year when tornadoes tore through our community, he was right out there helping to remove trees that had fallen across roadways. In small towns a tree across a roadway can trap a whole community in one area. Alex served in the Marines where he volunteered to put his life on the line just to keep the rest of us safe back here at home. One that rushes to the place of danger is owed a gratitude that we can never pay beings that we have never been that kind of person. I think that you should take all of this into consideration before making any harsh decisions on the punishment that you believe he needs. Alex would be a wonderful candidate for community service beings, he spends much of his time already helping those that are in need.

Sincerely,

*Karen Cheshire* (signature)

Karen Cheshire