May 1, 2024
To: Hon. Judge Royce Lamberth
From: William Thomas Lauterbach IV
Subject: Alex Harkrider- Character Endorsement

Judge Lamberth,
I am writing to you today on behalf of my close friend Alex Harkrider before his sentencing, which is to take place in your court on May 9, 2024.

I have known Mr. Harkrider since 2009 when we met while both serving as infantrymen in the United States Marine Corps, during predeployment training. I served four years with Mr. Harkrider and deployed with him twice, once to Iraq in 2009 and once more to Afghanistan from 2010-2011.

Since that time we have remained close friends and have been there for each other when facing the challenges that veterans sometimes encounter after they leave active service. In that regard, I write to you, because of the serious nature of what Mr. Harkrider is dealing with.

First things first, I do not condone the actions that have put Mr. Harkrider in front of your court, and his guilt has already been determined. However before his sentencing, I wish to convey to you a proper assessment of his character, in hopes that you might show some leniency in his sentencing, however small that may be.

During our time in the Marine Corps, Mr. Harkrider was a dedicated and faithful Marine who pushed himself and others to uphold the high standards that we Marines pride ourselves on. He consistently sacrificed to help advance our mission, and he was always there ready to volunteer for whatever it was that needed doing. We became close friends because we both loved our jobs, but on an even more personal level, Alex was a great guy to be around. His sense of humor is one of his hallmarks personality, but beyond joking around, he struck me as one of those people who would give you the shirt off his back or the last dollar in his pocket.
Seeing what he has done after the Marine Corps, with his years of working in disaster relief across the southern United States only strengthens my belief in this. To add to all of this, Mr. Harkrider did all of this- service to his country and later his community- as a single father, raising his son AJ to become a fine young man.

In the years after leaving the Marines, Alex and I have kept close contact, making sure to reconnect whenever we had the chance. He was always one of the first people I called when I had big news to celebrate, or if the memories of war just needed a familiar ear to listen.

I understand the severity of his situation, and I wish I understood his reasons for being at the Capitol that day, but nonetheless I firmly believe that Mr. Harkrider should at least merit a measure of leniency in regards to how he will repay his debt to society. I know there is still so much more good that he can do, not only for his family and his community, but for anyone who is ever lucky enough to make his acquaintance.

I thank you for your time and patience in reading this and I thank you if my words have helped in any way with your consideration in determining the outcome for Mr. Harkrider.

Sincerely,
William Thomas Lauterbach IV