**4/18/2024**

**United States District Judge Royce Lamberth**
**United States District Court for the District of Columbia**
**333 Constitution Avenue NW**
**Washington DC, 20001**


Dear Honorable Judge Lamberth,

My name is Chelsey McClendon, and I have known Alex Harkrider for over 30 years. Alex and I attended grade school and high school together, and I consider him a lifelong friend. Having grown up with Alex, I'm hoping this letter will shed light into Alex's true character as a friend & member of the community.

I respect that a jury has found Alex guilty, and I am writing this letter to offer a more complete picture of who Alex is, a person that is so much more than the offense of which he was convicted.

Alex Harkrider is one of the most selfless people I have ever known. Since we were kids, I can recall countless times where Alex showed extraordinary kindness & generosity. He is the kind of person that will stop to help an elderly lady cross the street, or give the last dime in his pocket to anyone in need. I have observed Alex exhibit this type of kindness when I knew he was enduring so much in his own personal life.

The small community of Carthage, Texas is better with Alex Harkrider there. His absence will be felt. Alex volunteers his time & energy to help others at ALL times. During natural disasters, he gathers supplies & food, and he goes to those disaster-stricken areas to help anyone in need. He will learn of a sick child in our community, and he immediately starts fundraising to help that child. He would literally give the shirt off of his back to someone that needs it.

Recently, a lady in our town was distressed, as her cat was stuck up in a tree. She resorted to social media to see if there was someone nearby that could help. Alex saw her post, grabbed his ladder, and helped save the cat from the tree. As mentioned above, when Alex sees a need, he moves to serve, asking for nothing in return. He truly just wants to help others.

Alex is a veteran, a true friend, a father, and a son. He is not perfect, but I hope to convey to you that Alex's impact on the world around him and his community is a culmination of so many kind & selfless acts. He has fed, clothed, served, loved, and helped more people than I can count.

I understand a verdict has been reached. Alex knows he must be held accountable, as do the people that love him; however, it is my hope that you will take into consideration the full picture of Alex's genuine kind nature & generous heart, and the impact he has on anyone he meets.

Thank you for taking the time to read this letter.


Best Regards,


Chelsey McClendon