Dear Judge Lamberth

I am writing to provide a character statement for Alex Harkrider, in relation to his presence on January 6, 2021.

I have had the privilege of knowing Alex for 15 years, and during this time, I have witnessed firsthand the outstanding qualities and values that he embodies because of his service in the United States Marine Corps.

Alex has consistently displayed a sense of responsibility and accountability in all aspects of his life, reflecting the core values instilled by the Marine Corps. His willingness to go above and beyond to help someone that is in need as well as taking accountability and having empathy are a few of the qualities that I deeply admire and respect the most from him.

In addition to his military service, Alex has continued to make meaningful contributions to his/our community, demonstrating a continued dedication to service and a desire to make a positive impact on the lives of others through an organization he joined called Rescue the Universe.  This organization deals with humanitarian aid for multiple different instances, predominately assisting with natural disaster aid.

While the events of January 6th were undoubtedly regrettable, I firmly believe that Alex was motivated by a sincere desire to support his fellow citizens and protect the principles of democracy. He had zero intention of hurting anyone that day or any intention of committing a crime. Throughout his military service and beyond, he has consistently demonstrated a deep respect for the rule of law and a dedication to serving his country and community.

I can attest to Alex's character and integrity, and I am confident that he deeply regrets the actions that may have contributed to the events of January 6th. I believe he is committed to taking absolute responsibility for his actions and cooperating fully with the legal process.

I respectfully urge the court to consider Alex's military service, character, and contributions to his community when determining an appropriate resolution to this matter. He made a mistake. We all make mistakes. This just happens to be his.

If you require more information or have questions, please contact me.

Thank you for your attention to this matter.

Sincerely,

Krystal Skelton