For Alex Harkrider,


On May 30th, 2021, I was in a bad car accident. My family and Panola County came together to do a benefit fundraiser for me. Alex donated $100 to me, and he had no clue who I was just heard about my wreck. After that we added each other on Facebook and that's when I saw how many people, he was willing to help. He saved a baby kitten out of a tree, went down to help hurricane victims, and so much more not just in Panola County but everywhere. Recently he has been cooking on the weekends trying to promote his new side business deathcore bbq, I had the privilege to hang out with him for the day while he cooked. I took pictures of him interacting with the community, at one point a police officer showed up to talk for a minute before he got a call. The police asked when will the food be ready and Alex said, "in about an hour and he will save him bowl free of charge."  If people would just stop and talk to Alex, they will see he's a good guy who just made the wrong decision. Theres so many people who judge before they talk to him, and I know without a doubt if they would just take 5 minutes of their day to talk to him they would see he's a good guy. I come from a family that has a military background and hate seeing someone who served our country get treated like this when all he's trying to do is give back. I hope this letter will make an impact on his case, there's not many great people left in this world but Alex is one of them.



-Paige B.