Alex Harkrider - photos

Catering Business

Rescue the Universe and other disaster relief work

Military Service

Catering Business Photos

















Rescue the Universe Photos and other disaster relief work















Panola County Texas Veterans Relief Fund
1d · 🌐

Just in case you were wondering what PCTVRF does, here is one thing we did this weekend. We removed and replaced flooring for a local Vietnam Veteran. Special thanks to the Veterans that volunteered their time. Greg Stapleton Alex Harkrider Bill Morris Along with Terry M Mandy Morris Zander Brittenham Thank you Panola County for your donations, time, and continued support. This is what community is about. #supportlocalveterans







































## Military Service





