IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.-21-CR-117(RCL) |
| ALEX HARKRIDER, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING

The Defendant, Alex Harkrider, through his Court-appointed counsel, Kira Anne West, hereby files this notice of filing an additional exhibit, his letter to the Court. The letter is attached to this notice.

Respectfully submitted,

_/s/ **Kira Anne West**_
Kira Anne West
712 H Street NE
Suite 509
Washington, D.C. 20001
D.C. Bar No. 993523
 (202) 236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I swear that on May 6th, 2024 a copy of this notice and letter was filed via the ECF and rules of this Court.

_/s/ Kira West_
Kira A. West