Your Honor,

I stand before you fully acknowledging the severity of my actions on January 6, 2021. As a former Marine Corps infantryman who served in Iraq and Afghanistan, I was instilled with values meant to guide me through life with honor and integrity. It is with deep regret that I admit to falling short of these principles on that day.

After completing my service in the Marines, I dedicated myself to disaster relief efforts, striving to assist communities devastated by natural disasters. This work has been not only a duty but a privilege, allowing me to give back in a meaningful way. Additionally, I have recently initiated a catering business, aiming to build a positive venture that contributes to my community.

However, my participation in the events at the Capitol has cast a long shadow over these efforts, and for that, I am profoundly sorry. My actions have let down the most important people in my life—my young son, AJ, who I hope to inspire with better lessons of accountability and resilience, and my mother, whose pride in me has always been a source of motivation to do right by others.

In reflecting on these events, I am committed to proving that my mistakes do not define my entire character. I am earnestly seeking an opportunity to continue contributing positively through my ongoing disaster relief work and my new business endeavor. I understand the need to face the consequences of my actions, and I am prepared to do so, but I also humbly request the chance to demonstrate my capacity for making amends and for genuine rehabilitation.

Thank you for considering my commitment to change and my heartfelt remorse. I am ready to accept responsibility and recommit myself to a life of service and integrity.

Respectfully,
Alex Harkrider