**From:** Brasher, Douglas (USATXN) ~~████████████████~~
**Subject:** Alex Harkrider - Plea Offer
**Date:** September 27, 2023 at 4:44 PM
**To:** Kira West ~~████████████████~~
**Cc:** Nicole Cubbage ~~████████████████~~, Wilson Rocha, Sarah (CRM) ~~████████████████~~, McCauley, Sean (USADC) ~~████████████████~~

Kira,

As I mentioned on the phone, we were not able to obtain approval for a plea offer for Mr. Harkrider that would involve dismissal of the 1512 count. Nevertheless, the attached offer was approved. I know you indicated that your client would reject it, but please review it with him and let us know his final decision.

Thanks,
Doug

———————————————

Douglas B. Brasher
Assistant United States Attorney
Northern District of Texas
~~████████████████~~, Third Floor
~~Dallas, Texas ████████~~
Telephone: ~~████████████~~
~~████████████████~~

📄 2023-09-27 Harkrid...tter.pdf     📄 2023-09-27 Harkrid...se.pdf