**From:** Kira West <kiraannewest@gmail.com>
**Subject:** Re: Re: [EXTERNAL] Harkrider - Updated Statement of Facts and Waiver of Rights Forms
**Date:** December 22, 2023 at 5:31 PM
**To:** Brasher, Douglas (USATXN)
**Cc:** Nicole cubbage, McCauley, Sean (USADC), Wilson Rocha, Sarah (CRM)

Doug,
Just got off the phone with Alex. He will sign.
Can we please formulate some language that will allow for 1512 appeal when rcl finds him guilty and if scotus reverses? Thx, kira
Sent from my iPhone

> On Dec 22, 2023, at 12:29 PM, Kira West wrote:
>
> I will have nicole send u the clip
> Of alex being crushed. As to the civil disorder. We want the judge to make
> The decision since that's what
> A stipulated trial is-facts, not legal conclusions.
>
> Trying to figure out language that says fisher is in SCOTUS and that this does not waive our appllellate rights. Trying to do the same
> Right now with same miller.
> Thanks,
> Kira
> Sent from my iPhone
>
>> On Dec 22, 2023, at 11:56 AM, Brasher, Douglas (USATXN) <Douglas.Brasher@usdoj.gov> wrote:

2