**From:** Kira West <​_____>
**Subject:** Re: 21-cr-117 - Government Response to PSR
**Date:** April 18, 2024 at 3:30 PM
**To:** Angelica Deniz _____
**Cc:** Wilson Rocha, Sarah (CRM) _____
Brasher, Douglas (USATXN) _____
**Bcc:** Kira Anne West _____

Ms. Deniz,
The government and the defense had an agreement for acceptance for Mr. Harkrider as evidenced below. Please make that adjustment in your final PSR.
Thank you,
Kira

> **From:** Kira West <​_____>
> **Subject:** Re: [EXTERNAL] Last call
> **Date:** December 29, 2023 at 3:49:34 PM EST
> **To:** "Brasher, Douglas (USATXN)" <_____>
> **Cc:** Nicole cubbage <_____>_____; "Wilson Rocha, Sarah (CRM)" <_____>
>
> Thanks so much, sending to Alex now.
>
> > On Dec 29, 2023, at 3:48 PM, Brasher, Douglas (USATXN) <_____> wrote:
> >
> > This works, with acceptance.  Revised final version attached.
> >
> >
> > Douglas B. Brasher
> > Telephone: _____
> > _____
> >
> > **From:** Kira West <_____>
> > **Sent:** Friday, December 29, 2023 2:32 PM
> > **To:** Brasher, Douglas (USATXN) <_____>
> > **Cc:** Nicole cubbage <_____>; McCauley, Sean (USADC) _____; Wilson Rocha, Sarah (CRM) <_____>
> > **Subject:** Re: [EXTERNAL] Last call
> >
> > I agree with you. How about this:

On Apr 18, 2024, at 3:11 PM, Angelica Deniz <_____> wrote:

Thank you Sarah and Kira.