**From:** Kira West
**Subject:** Re: [EXTERNAL] Schedule for tuesday
**Date:** January 1, 2024 at 11:25 AM
**To:** Brasher, Douglas (USATXN)
**Cc:** Wilson Rocha, Sarah (CRM), McCauley, Sean (USADC), Nicole cubbage

Agreed. Thank you.
Kira

> On Dec 31, 2023, at 7:30 PM, Brasher, Douglas (USATXN) wrote:
>
> I suggest we skip opening statements, each submit, no more than 10 exhibits, and then do a very short closing argument.
>
> —
> Douglas Brasher

**From:** Kira West
**Sent:** Sunday, December 31, 2023 2:54:32 PM
**To:** Brasher, Douglas (USATXN); Wilson Rocha, Sarah (CRM); McCauley, Sean (USADC)
**Cc:** Nicole cubbage
**Subject:** [EXTERNAL] Schedule for tuesday

Happy New year all!

So, are we doing short-I mean short-opening and closing statements? Are we adding any exhibits? Let me know your thoughts. Thanks, kira